# EXHIBIT A

| Last Name | First Name |
|---|---|
| Abdul Razak | Amina |
| Acka | Revonda |
| Ackuayi | Patience |
| Acquah | Joana |
| Ademokoya | Kehinde |
| Adimea | Victoria |
| Adjei Sechere | Josephine |
| Adu Aful | Jemima |
| Adu Gyamfi | Gifty |
| Adu-Twumwaa | Mame |
| Afriyie | Kingsford |
| Agbagnon | Adjovi |
| Agyei | Alex |
| Agyeman | Mary |
| Agyemang | Kwaku |
| Agyemang | Mary |
| Agyemang | Victoria |
| Aidoo | Dinah |
| Akai | Rose |
| Akodi | Cecilia |
| Akosua | Pomaa |
| Akpalo | Jeannine |
| Ali | Bibi |
| Ali | Shazeema |
| Allen Johnson | Shakema |
| Allen | Hasana |
| Alworthy | Kimberly |
| Ama | Juliana |
| Amadi | Blessing |
| Amakye | Cecilia |
| Amankwaah | Theresah |
| Amoah | Elizabeth |
| Ampadu | Dorothy |
| Anang | Maud |
| Ancona | Anthony |
| Anderson | Sandra |
| Anif | Zeema |

| | |
|---|---|
| Anim | Doris |
| Animah | Akua Duodu |
| Antwi | Esther |
| Antwi | Princess |
| Antwi | Sarah |
| Aponte | Luzmaria |
| Appau | Emmanuella |
| Appiah | Georgina |
| Aquah | Joana |
| Archibald | Delores |
| Arhin | Georgina |
| Asamoah | Solomon |
| Asante Danso | Gloria |
| Asenso | Vida |
| Asiedu | Grace |
| Atkinson | Dorothy |
| Atta | Patrick |
| Audate | Cassandra |
| Ayebeng | Christiana |
| Bahamonde | Angelique |
| Baker | Annmarie |
| Bamba | Adisatu |
| Barimah | Mabel |
| Barnes | Jennifer |
| Basdeosingh | Drupattie |
| Batad | Maura |
| Beauchamp | Mirlande |
| Beaujour Montas | Jesula |
| Belford | Nicole |
| Bempomaa | Felicia |
| Benitez | Narcisa |
| Berry | Lisa |
| Bizzell | Imani |
| Blessinger | Elisa |
| Boakyewaa | Georgina |
| Boakyewaa | Margaret |
| Boating | Janet |
| Boateng | Naana |
| Boateng | Rebecca |
| Boateng | Samuel A. |

| | |
|---|---|
| Bollar | Tisha |
| Bonhomme | Jennifer |
| Bonne-Annee | Marie |
| Bonsu | Abena |
| Brewer | Alica |
| Brinkley | Revonda |
| Brobbey | Vivian |
| Brown | Shantiqua |
| Buo | Anna |
| Burch | Segraita |
| Campbell | Felicia |
| Campbell | Sharon |
| Cannon | Melissa |
| Carpenter | Lara |
| Castillo | Celia |
| Castillo | Gisela |
| Cazeau | Muriane |
| Chaplin | Joseph |
| Charles | Phania |
| Charway | Georgina |
| Cherislin | Marie |
| Clerger | Mimose |
| Cooley | Robin |
| Daku-Bedzi | Clara |
| Daley | Feiona |
| Daniels | Rebecca |
| Dankwah | Ebenezer |
| Danquah | Richmond |
| Danquah | Thenie |
| De Los Santos | Milagros |
| Dean | Shawn |
| Debrah | Rosina |
| Decutt | Joyce |
| Deen | Inez |
| Degraffe | Princena |
| Delores | Archibald |
| Delva | Marie |
| Diack | Yaye |
| Diallo | Kadiatou |
| Dixon | Isabella |

| | |
|---|---|
| Donaldson | Musana |
| Dorce | Dashnelle |
| Dorival | Joseph |
| Dosoo | Margaret |
| Douglas | Joyce |
| Douilly-Guelce | Veronique |
| Dulus | Rochenie |
| Durant | Luisa |
| Dwyer | Toni-Ann |
| Eatman | Dayanna |
| Eboji | Maria |
| Edwards | Judea |
| Egal | Iftin |
| Eshun | Helena |
| Eshun | Mildred |
| Fameyah | Univera |
| Faustin | Claire |
| Ferkah | Grace |
| Finch | Quayana |
| Fitchett | Ashley |
| Floyd | Joyce |
| Ford | Cecilia |
| Ford | Hortence |
| Ford | Karen |
| Foster | Jewel |
| Francis | Carol Ann |
| Franklin | Stephanie |
| Frederique | Marie |
| Frimpong | Emelia |
| Garcia | Ana |
| Gibson | Murline |
| Gil | Angela |
| Gonzalez | Ignacia |
| Gordon | Antoinette |
| Gordon Lindsay | Audrey |
| Graham | Maxine |
| Grant Diaz | Angelique |
| Gregory | Marva |
| Guerrido | Christine |
| Harris | Shari |

| | |
|---|---|
| Harris | Thyanna |
| Haruna | Salamatu |
| Hayford | Florence |
| Henderson | Daquisha |
| Hernandez | Ana |
| Herrero | Cristina |
| Heslop | Sylvia |
| Hicks | Keisha |
| Howell | Treshana |
| Ibeto | Ndidi |
| Ibeto | Uchechukwu Nonye |
| Jackson | Larita |
| Jackson | Nickelle |
| Jean | Marie Stephania |
| Jean Bernardin | Micarlie |
| Jean-Francois | Jordana |
| Jeune | Judemyr |
| John Kyei | Baffour |
| Johnson | Wilda |
| Jones | Tyesha |
| Joshie | Diana |
| Jospitre | Dashka |
| Jules | Michelle |
| Julius | Carla |
| Kelly-James | Mavis |
| Kofie | Phyllis |
| Konu | Naa |
| Kromah | George |
| Kwabi | Alice-Rose |
| Kwabua | Akosua |
| Kwakye | Ernest |
| Kwakye | Lucy |
| Kwartemaa | Ama |
| Kwarteng | Joyce |
| Kwatsenu | Patience |
| Kyei | Baffour J. |
| Kyei | Kofi |
| Kyeremateng | Philipa |
| Laguda | Joyce |
| Laminu | Latifa |

| | |
|---|---|
| Larry | Asha |
| Laryea-Walker | Mona |
| Levine | Audrey |
| Linarte | Ena |
| Liu | Anne |
| Lopez | Isaura |
| Lopez Naranjo | Alicia |
| Lynch | Tasya |
| Madlala | Nonhlanhla |
| Maldon | Shaniqua |
| Marine | Krystal |
| McFarlane | Maureen |
| Mcrae | Janet |
| Mensah | Adrina |
| Mensah | Juliana |
| Mensah | Sarah |
| Mensah | Victoria |
| Mercy | Penina |
| Mims | Kim |
| Mireku | Cynthia |
| Mitchell | Sade |
| Mohammed | Muntari |
| Molnar | Joann |
| Momplaisir | Junia |
| Monroe | Yvonee |
| Mora Baez | Juana |
| Morgan | Lashana |
| Morgan-Simmons | Yvonne |
| Morose | Pierre |
| Morose | Wilna |
| Morrell | Clover |
| Moyo | Esther |
| Murphy | Whitney |
| Neita | Sheree |
| Nelson | Grace |
| Nelson | Minatu |
| Nelson | Pounkie |
| Ntiamoah | Eunice |
| Ntiamoah | Richard |
| Nugra | Laura |

| | |
|---|---|
| Nyarko | Debora |
| Obas | Cassandra |
| Obas | Marie Rosette |
| Odame | Hannah |
| Oduro | Faustina |
| Oguntunde | Odura |
| Okyere Opoku | Harriet |
| Opokua | Christiana |
| Oppong | Stella |
| Oppong | Victoria |
| Opuni | Vera |
| Osei Bonsu | Rebecca |
| Osei | Mary |
| Osei | Nana |
| Osei | Susanna |
| Oti Frimpong | Freda |
| Otoo | Samuel |
| Owusu | Gloria |
| Owusu | Lourdes |
| Owusu | Peter |
| Owusua | Susana |
| Owusu-Ansah | Mary |
| Parker | Shakeera |
| Paul | Shirly |
| Peprah | Cynthia |
| Peterkin | Valrey |
| Pierre | Deborah |
| Pierre-Louis | Joelle |
| Pinaman-Osei | Abena |
| Pinnock Reid | Marcia |
| Pisacano | Phyllis |
| Pomaa | Akosua |
| Powell Roberts | Alethea |
| Prempeh | Joyce |
| Pridgen | Winnifred |
| Ramdon | Doris |
| Ramirez | Jaslyn |
| Rich | Lakeya |
| Richards | Latoya |
| Richardson | Loretta |

| | |
|---|---|
| Riley | Laura |
| Rodney Degale | Brieann |
| Romain Princivil | Fritznel |
| Roopnarine | Sarjudai |
| Rosales | Ignacia |
| Rows | Iramise |
| Ruffin | Akeema |
| Saint Hilaire | Mireille |
| Sam Junior | Anietie |
| Sanon | Yvonne |
| Sarpong | Afua |
| Sechere | Philip |
| Sells | Kadasia |
| Sells | Karen |
| Sencherey | Bertha |
| Septama | Johoane |
| Serwaa | Selina |
| Severino | Keila |
| Simpson | Millicent |
| Singleton | Shameeka |
| Smalls | Tasha |
| Smiley | Renee |
| Smith | Monique |
| Smith | Sharese |
| Sorogho | Adizatu |
| St Vil Noel | Marie |
| Stauber | Tyler |
| Stephens | Hattie |
| Stinvil | Eddie |
| Sulney | Cinthia |
| Suriel-Mosquera | Stephanny |
| Tackie | Theresa |
| Takyi | Emmanuelle |
| Tomlinson | Sheena |
| Toney | Shalonda |
| Toyo | Myrline |
| Tutu | Bridgette |
| Twumasi | Agatha |
| Valcourt | Catrine |
| Valme | Akisse |

| | |
|---|---|
| Verne Louis | Chantalle |
| Volcy | Isaac |
| Vorduagu | Vida |
| Weir Pace | Valrie |
| White | Latosha |
| White | Veronica |
| Williams | Kiyonna |
| Williams | Roberta |
| Williams | Rosemarie |
| Wilson | Twana |
| Wise | Barbara |
| Witter | Deon |
| Wojtanowski | Susan |
| Wojtowicz | Dawn Marie |
| Woods | Tanisha |
| Wright | Tysharra |
| Yanney | Rosalind |
| Yeboah | Frank |
| Yeboah | Godfred |
| Zangh | J-Flynn |