**U.S. Department of Labor**
**Office of the Solicitor**

201 Varick Street, Room 983
New York, NY 10014
Phone: (646) 264-3654/3667
Fax: (646) 264-3660/70

November 30, 2021

**Via ECF**

The Honorable Steven L. Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** ***Secretary of Labor v. Sarene Services, Inc., et al.***
**Case No. 20-cv-03273-WFK-ST**

Dear Judge Tiscione:

On behalf of both parties, we are writing to provide the status of discovery in the above-referenced matter, pursuant to the Court's August 4, 2021, Order.

The parties have conferred over Defendants' production of electronically stored information (ESI), and have agreed on most items with respect to the platforms, search terms, and custodians. The parties will continue to confer as Defendants specify the information needed. In particular, before production, Defendants will first confer with Plaintiff about format for each platform and the custodians for text message searches. Defendants will produce ESI by Dec. 10, 2021.

Defendants are producing the first batch of patient files by Dec. 1, 2021, and the second batch by Dec. 6, 2021, with additional batches to be identified and produced as agreed upon by the parties going forward. Defendants will also produce documents and responses to Plaintiff's second set of discovery requests by Dec. 6, 2021. Defendants will produce the email attachments missing from Defendants' earlier ESI productions on a rolling basis starting Dec. 13, 2021.

Thank you for Your Honor's time and attention to this matter.

Sincerely,

Jeffrey S. Rogoff,
Regional Solicitor

By: *<u>/s/ B. Carina De La Paz</u>*
B. Carina De La Paz
Attorney

Hollis V. Pfitsch

Attorney

cc: Nicole Wertz Alloway, Attorney at Law and Mindy Kallus, Esq.
Law Office of Joseph F. Kilada, P.C.
100 Quentin Roosevelt Blvd., Suite 208
Garden City, New York 11530

By ECF and Email: nicole.alloway@laborlawfirm.org;
Mindy.kallus@laborlawfirm.org