**U.S. Department of Labor**
**Office of the Solicitor**

201 Varick Street, Room 983
New York, NY 10014
Phone: (646) 264-3654/3667
Fax: (646) 264-3660/70

January 31, 2022

**Via ECF**

The Honorable Steven L. Tiscione
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:** ***Secretary of Labor v. Sarene Services, Inc., et al.***
**Case No. 20-cv-03273-WFK-ST**

Dear Judge Tiscione:

On behalf of both parties, we are writing to provide the status of discovery in the above-referenced matter, pursuant to the Court's Dec. 23, 2021, Order. As the Court is aware, fact discovery in this case closes on Feb. 28, 2022.

Plaintiff completed the 30(b)(6) deposition of Serene and the deposition of Defendant Irene Manolias on January 19 and 20, 2022. However, Defendants' second 30(b)(6) witness did not have knowledge of certain areas. Therefore, there are several outstanding discovery issues remaining, which the parties have been working cooperatively to resolve.

By Feb. 7, 2022, Defendants will produce additional documents requested at the depositions and additional emails after searching with an expanded list of search terms.

By Feb. 7, 2022, Defendants will produce a Serene staff person with knowledge of the HHAeXchange and Aliyacare systems for a remote Rule 34 inspection of, and informal exchange of information about, those electronic systems. Thereafter, the parties will confer about production of data from those systems, which Defendants will produce by Feb. 14, 2022.

By Feb. 14, 2022, Defendants will produce ESI from Defendants' internal Skype messaging system.

By Feb. 21, 2022, Defendants will produce 22 additional patient files to complete the 50 ordered at the parties' Nov. 15, 2021 conference with the Court.

Plaintiff has notified Defendants of the intention to take additional depositions of Serene staff. However, Plaintiff's ability to identify the appropriate individuals is tied to the outstanding discovery. Given that discovery closes on Feb. 28, 2022, Defendants have agreed to produce staff members for depositions with less notice than would usually be afforded, and/or to join in a joint request for a short extension to allow Plaintiff time to review the newly produced documents and take the additional depositions.

Defendants may also either complete the deposition of Wage and Hour Investigator Nicole Stahl or issue additional interrogatories to Plaintiff by Feb. 21, 2022.

Finally, the parties wish to request a set date for simultaneous expert disclosures (if any): March 14, 2022, or two weeks from the close of fact discovery, if extended. While our previous requests had extended expert discovery, we had not included a specific deadline for disclosures other than what was set in the original discovery schedule.

Thank you for Your Honor's time and attention to this matter.

Sincerely,

Jeffrey S. Rogoff,
Regional Solicitor

By: *<u>/s/ B. Carina De La Paz</u>*
B. Carina De La Paz
Attorney

Hollis V. Pfitsch
Attorney

cc: Nicole Wertz Alloway, Attorney at Law and Mindy Kallus, Esq.
Law Office of Joseph F. Kilada, P.C.
100 Quentin Roosevelt Blvd., Suite 208
Garden City, New York 11530

By ECF and Email: nicole.alloway@laborlawfirm.org;
Mindy.kallus@laborlawfirm.org