**U.S. Department of Labor**  
**Office of the Solicitor**

201 Varick Street, Room 983  
New York, NY 10014  
Phone: (646) 264-3654/3667  
Fax: (646) 264-3660/70



August 3, 2022

<u>**Via ECF**</u>

The Honorable Steven L. Tiscione  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, NY 11201

  Re: *Sec'y of Labor v. Sarene Services, Inc., et al.,* Case No. 20-cv-03273-WFK-ST

Dear Judge Tiscione:

  Please accept this joint letter request to adjourn tomorrow's Aug. 4, 2022, 12 p.m. court conference. Defendants' counsel returned from vacation this week but is now sick and the parties have been unable to confer as anticipated over the content of Skype messages and Plaintiff's position that additional production of Skype messages is necessary. Defendant's counsel may have contracted Covid on her vacation (although rapid test was negative) such that more time may be needed to confer than originally anticipated. In addition, one of the attorneys on Plaintiff's counsel team will be on leave next week. We respectfully request that the Court adjourn the conference to Aug. 16, 18, or 19, 2022, at which point the parties will have completed discussions and will be prepared to discuss the matter again with the Court.

  Thank you for Your Honor's time and attention to this matter.

Sincerely,

Jeffrey S. Rogoff,  
Regional Solicitor

By: <u>*/s/ Hollis V. Pfitsch*</u>  
   Hollis V. Pfitsch  
   Attorney

   B. Carina De La Paz  
   Attorney

cc: Nicole Wertz Alloway and Susan Deith  
   Law Office of Joseph F. Kilada, P.C.  
   100 Quentin Roosevelt Blvd., Suite 208  
   Garden City, New York 11530  
   By ECF and Email: nicole.alloway@laborlawfirm.org; susan.deith@laborlawfirm.org