**LAW OFFICES OF JOSEPH F. KILADA, P.C.**
100 QUENTIN ROOSEVELT BOULEVARD
SUITE 208
GARDEN CITY, NEW YORK 11530
OFFICE TELEPHONE: (516) 222-0454
DIRECT TELEPHONE: (917) 363-1466
FACSIMILE: (516) 908-4266
susan.deith@laborlawfirm.org

January 19, 2023

**VIA ECF**
The Honorable Steven L. Tiscione
United States District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

*Re:* *Scalia v. Sarene Services, Inc., et al.*
Case No.: 2:20-cv-03273 (WFK)(ST)
Response to Declaration by Patricia Davidson

Dear Judge Tiscione:

Please accept this correspondence as Defendants Sarene Services, Inc. d/b/a Serene Home Nursing Agency's ("Serene") and Irene Manolias' (collectively "Defendants") response to ECF Doc. Nos. 64 and 64-1, filed by Plaintiff Secretary of Labor ("Plaintiff") on January 12, 2023. There exists no basis upon which such documents should have been filed and Defendants respectfully request that the Court treat these documents as both moot and nullities, striking them from the record.

As the Court will recall, on December 29, 2022, Defendants filed a motion to compel, pursuant to FED. R. CIV. P. 30 and FED. R. CIV. P. 37(a)(1), to (1) compel discovery responses from Plaintiff; and (2) allow an additional deposition of Plaintiff's witness Investigator Nicole Stahl ("Ms. Stahl"). *See* ECF Doc. Nos. 61, 61-1 and 61-2.

Later that same day, the Court issued an order, deferring ruling on the motion (ECF Doc. No. 61) and directing counsel for Plaintiff to file a response by January 6, 2023, with oral argument set for January 10, 2023.

On January 6, 2023, Plaintiff filed their response in opposition to Defendants' motion to compel. *See* ECF Doc. Nos. 62 and 62-1. At that point, the motion was fully submitted and oral argument was held on January 10, 2023.

On January 11, 2023, the Court issued an order re Defendants' First Motion to Compel, granting it in part and denying it in part. Plaintiff was ordered to produce meta-data for Ms. Stahl's reports and to present her to Defendants for an additional 4-hour deposition. *See* ECF Doc. No. 63.

During the January 10, 2023 oral argument, Defendants were also given permission by the Court to file a second motion to compel, seeking the contents of the reports prepared by Ms. Stahl. It is Defendants intention to so move for these reports.

Yet, on January 12, 2023, prior to Defendants even filing a second motion to compel, Plaintiff filed both a letter and a Declaration in Support of Formal Claim of Privilege. *See* ECF Doc. Nos. 64 and 64-1.

ECF Doc. Nos. 64 and 64-1 are untimely, filed too late to be considered in opposition to Defendants' first motion to compel, which was already decided by the Court on January 11, 2023 (ECF Doc. No. 63) and, therefore, are moot in terms of that motion and should be stricken from the record. Likewise, since Defendants have yet to file their second motion to compel, ECF Doc. Nos. 64 and 64-1 are also untimely, filed too early and thus should be deemed a nullity and stricken from the record.

Defendants, thus, for all the reasons stated *supra*, respectfully request that the Court strike from the record ECF Doc. Nos. 64 and 64-1.

We thank the Court for its time and courtesies in this matter.

Respectfully,

LAW OFFICES OF JOSEPH F. KILADA, P.C.

______/s/ *Susan J. Deith*________
By: Susan J. Deith, Of Counsel

cc: Via ECF to all parties.