# Revised Exhibit A

| | Employee Name | Also listed as: | | |
|---|---|---|---|---|
| 1 | Abdul Razak, Amina | | | |
| 2 | Aboagye, Esther Amofa | | | |
| 3 | Abrokwa, Beatrice K | | | |
| 4 | Achampong, Grace | | | |
| 5 | Acheampong, Joyce | | | |
| 6 | Acheampong, Tina | | | |
| 7 | Acka, Revonda J | Acka, Revonda | | |
| 8 | Ackuayi, Patience | | | |
| 9 | Acquah, Agnes Ama | | | |
| 10 | Acquah, Joana Abena | Acquah, Joana | | |
| 11 | Adane, Augustina | | | |
| 12 | Ademokoya, Kehinde V | Ademokoya, Kehinde | | |
| 13 | Adengui, Folachade Rachelle | | | |
| 14 | Adimea, Victoria | | | |
| 15 | Adisatu, Bamba | | | |
| 16 | Adjei-Sechere, Josephine | Adjei Sechere, Josephine | Adjei-Sechere, Josephine A | |
| 17 | Adobah, Michael K | | | |
| 18 | Adu Aful, Jemima | | | |
| 19 | Adu Gyamfi, Gifty | | | |
| 20 | Adutu, Regina | | | |
| 21 | Adu-Twumwaa, Mame | | | |
| 22 | Adzika, Winifredsromawu | | | |
| 23 | Afolabi, Lydia Titilayo | | | |
| 24 | Afriyie, Kingsford | Afrieyie, Kingsford | | |
| 25 | Agbagnon, Adjovi Doris | Agbagnon, Adjovi | | |
| 26 | Aglubie, Regina Rita | | | |
| 27 | Agyei, Alex N | Agyei, Alex | | |
| 28 | Agyemang, Kwaku | | | |
| 29 | Agyemang, Mary | Agyeman, Mary | | |
| 30 | Agyemang, Victoria | | | |
| 31 | Aidoo, Dinah | | | |
| 32 | Akai, Rose | | | |
| 33 | Akarawatu, Azumi Adamu | | | |
| 34 | Akeema, Ruffin | | | |
| 35 | Akodi, Cecilia | | | |
| 36 | Akomeah, Janet | | | |
| 37 | Akosua, Pomaa | | | |
| 38 | Akpalo, Jeannine | | | |
| 39 | Akyiaa, Nana Yaa | | | |
| 40 | Alhassan, Jamilatu | | | |
| 41 | Ali, Bibi Z | Ali, Bibi | | |
| 42 | Ali, Shazeema | | | |
| 43 | Allen Johnson, Shakema | | | |
| 44 | Allen, Hasana | | | |
| 45 | Alworthy, Kimberly | Aliworthy, Kimberly | Alworthy, Kimberly S | |
| 46 | Ama, Juliana | | | |
| 47 | Amadi, Blessing N | Amadi, Blessing | | |
| 48 | Amakye, Cecilia | | | |
| 49 | Amankwah, Vida | | | |
| 50 | Amoah, Elizabeth | | | |
| 51 | Ampadu, Dorothy | | | |

Revised Exhibit A

| | | | | |
|---|---|---|---|---|
| 52 | Anang, Maud Adjorkor | Anang, Maud | | |
| 53 | Ancona, Anthony | | | |
| 54 | Anderson, Sandra | | | |
| 55 | Anif, Zeema | | | |
| 56 | Anim, Doris | | | |
| 57 | Animah, Akua Duodu | | | |
| 58 | Ankamah, Mabel | | | |
| 59 | Ankora Walker, Jemima A | | | |
| 60 | Ankum, Melinda Denise | | | |
| 61 | Annang, Jessica | | | |
| 62 | Antwi, Daniel A | | | |
| 63 | Antwi, Esther | | | |
| 64 | Antwi, Frank Kwasi | | | |
| 65 | Antwi, Princess | | | |
| 66 | Antwi, Sarah A | Antwi, Sarah | | |
| 67 | Anyane, Florence Offeibea | | | |
| 68 | Aponte, Luzmaria | | | |
| 69 | Appau, Emmanuella | | | |
| 70 | Appau, Stella | | | |
| 71 | Appiah, Abraham | | | |
| 72 | Appiah, Georgina | | | |
| 73 | Appianimaa, Yaa | | | |
| 74 | Aquah, Joana | | | |
| 75 | Archibald, Delores | Delores, Archibald | | |
| 76 | Archibald, Ladonna Maria | | | |
| 77 | Arhin, Esther | | | |
| 78 | Arhin, Georgina | | | |
| 79 | Arhin, Georgina M | | | |
| 80 | Asamoah, Solomon | | | |
| 81 | Asante Danso, Gloria | | | |
| 82 | Asante, Lydia | | | |
| 83 | Asare, Abigail | | | |
| 84 | Asenso, Vida | | | |
| 85 | Asiedu, Grace | | | |
| 86 | Atkinson, Dorothy | | | |
| 87 | Atta, Patrick | | | |
| 88 | Audate, Casandra | | | |
| 89 | Audate, Cassandra | | | |
| 90 | Awuah, Belinda | | | |
| 91 | Ayebeng, Christiana | | | |
| 92 | Ayinla, Aminu | | | |
| 93 | Bahamonde, Angelique | | | |
| 94 | Baidoo, Cynthia | | | |
| 95 | Baker, Annmarie | | | |
| 96 | Bamba, Adisatu | | | |
| 97 | Barimah, Mabel | | | |
| 98 | Barnes, Jennifer | | | |
| 99 | Barnes, Jennifer E | | | |
| 100 | Barnes, King Solomon F | | | |
| 101 | Basdeosingh, Drupattie | | | |
| 102 | Batad, Maura | | | |
| 103 | Beauchamp, Mirlande | | | |

# Revised Exhibit A

| | | | | |
|---|---|---|---|---|
| 104 | Bempomaa, Felicia | | | |
| 105 | Berko, Paulina | | | |
| 106 | Berry, Lisa | | | |
| 107 | Bizzell, Imani | | | |
| 108 | Blanc, Irmine Andree | | | |
| 109 | Blessinger, Elisa | | | |
| 110 | Boakye-Boateng, Abigail | | | |
| 111 | Boakyewaa, Georgina | | | |
| 112 | Boakyewaa, Georgina A | | | |
| 113 | Boateng, Janet | | | |
| 114 | Boateng, Naana | | | |
| 115 | Boateng, Rebecca | | | |
| 116 | Boateng, Samuel A. | Boateng, Samuel A | | |
| 117 | Bollar, Tisha | | | |
| 118 | Bonhomme, Jennifer | | | |
| 119 | Bonne-Annee, Marie | | | |
| 120 | Bonsu, Abena | | | |
| 121 | Bonsu, Rebecca | | | |
| 122 | Brinkley, Revonda | | | |
| 123 | Brobbey, Vivian | | | |
| 124 | Browell, Rebecca L | Browell, Rebecca | | |
| 125 | Brown, Beatrice | | | |
| 126 | Buo, Anna | | | |
| 127 | Burch, Segraita | | | |
| 128 | Burgess, Hyacinth | | | |
| 129 | Campbell, Felicia | | | |
| 130 | Campbell, Gifty | | | |
| 131 | Campbell, Sharon R | Campbell, Sharon | | |
| 132 | Cannon, Melissa | | | |
| 133 | Caraballo, Maria A | | | |
| 134 | Carpenter, Lara | | | |
| 135 | Castillo, Gisela | | | |
| 136 | Cazeau, Muriane | | | |
| 137 | Chaplin, Joseph | | | |
| 138 | Charles, Phania | | | |
| 139 | Charway, Georgina A | Charway, Georgina | | |
| 140 | Cherislin, Marie | | | |
| 141 | Christie, Marjorie Ann Pareta | | | |
| 142 | Clavier, Stella | | | |
| 143 | Clavier, Stella | | | |
| 144 | Cobbinah, James | | | |
| 145 | Coleman Johnson, Tajanay D | | | |
| 146 | Colwell, Dorothy O | | | |
| 147 | Cooley, Robin | | | |
| 148 | Daku-Bedzi, Clara E | Daku-Bedzi, Clara | | |
| 149 | Daley, Feiona | | | |
| 150 | Daniels, Rebecca | | | |
| 151 | Daniels, Robert | | | |
| 152 | Dankwah, Ebenezer | | | |
| 153 | Danquah, Richmond A | Danquah, Richmond | | |
| 154 | Danquah, Thenie | | | |
| 155 | Darko, Ronald | | | |

Revised Exhibit A

| | | | | |
|---|---|---|---|---|
| 156 | Davis, Jornee Corynn | | | |
| 157 | De Los Santos, Milagros | | | |
| 158 | Dean, Shawn D | Dean, Shawn | | |
| 159 | Debrah, Rosina | | | |
| 160 | Debrah, Rosina A | | | |
| 161 | Decutt, Joyce | | | |
| 162 | Deen, Inez | | | |
| 163 | Degraffe, Princena | | | |
| 164 | Delva, Anne Marie I | | | |
| 165 | Deynoo, Emilia | | | |
| 166 | Diack, Yaye | | | |
| 167 | Diallo, Kadiatou | | | |
| 168 | Dickson, Renaldo Phillip | | | |
| 169 | Dixon, Isabella | | | |
| 170 | Dofe, Adzo Tsoene | | | |
| 171 | Donaldson, Musana D | Donaldson, Musana | | |
| 172 | Donkoh, Leticia | | | |
| 173 | Donzo, Markular | | | |
| 174 | Dorival, Joseph | | | |
| 175 | Dosoo, Margaret | | | |
| 176 | Douglas, Joyce | | | |
| 177 | Douilly-Guelce, Veronique | | | |
| 178 | Duah, Agnes | | | |
| 179 | Duff, Robin C | | | |
| 180 | Dulus, Rochenie | | | |
| 181 | Durant, Luisa | | | |
| 182 | Dwyer, Toni-Ann E | Dwyer, Toni-Ann | Dwyer, Tonie-Ann | Dwyer, Tonie-Ann |
| 183 | Early, Mariam | | | |
| 184 | Ebanks, Leepez M | | | |
| 185 | Eboji, Maria | | | |
| 186 | Edwards, Judea | | | |
| 187 | Egal, Iftin | Egal, Iftin | | |
| 188 | Elvey, Slonia M | | | |
| 189 | Erving, Susan Marie | | | |
| 190 | Eshun, Helena | | | |
| 191 | Eshun, Mildred | | | |
| 192 | Evangelista, Louis | | | |
| 193 | Exil, Irma L | | | |
| 194 | Exorphe, Brunette | | | |
| 195 | Fadiga Diallo, Fatou | | | |
| 196 | Fameyeh, Univera | | | |
| 197 | Faried, Charlotte | | | |
| 198 | Faustin, Claire | | | |
| 199 | Ferkah, Grace | | | |
| 200 | Finch, Quayana | | | |
| 201 | Floyd, Joyce A | Floyd, Joyce | | |
| 202 | Ford, Cecilia | | | |
| 203 | Ford, Hortence J | Ford, Hortence | | |
| 204 | Ford, Karen | | | |
| 205 | Foster, Jewel | | | |
| 206 | Fosu, Mathew | | | |
| 207 | Francis, Carol-Ann | Francis, Carol Ann | | |

# Revised Exhibit A

| | | | | |
|---|---|---|---|---|
| 208 | Franklin, Stephanie | | | |
| 209 | Frederique, Marie J | | | |
| 210 | Frimpong, Adwoa Foriwah | | | |
| 211 | Frimpong, Emelia | | | |
| 212 | Frimpong, Harriet | | | |
| 213 | Garcia Fernandez, Ana C | | | |
| 214 | Garcia, Ana | | | |
| 215 | Gewu, Ernest | | | |
| 216 | Gil, Angela | | | |
| 217 | Glassman, Peace | | | |
| 218 | Gmalayeh, Elizabeth K | | | |
| 219 | Gonzalez, Ignacia | | | |
| 220 | Gordon Shaw, Audrey Hannah | Gordon Lindsay, Audrey | | |
| 221 | Gordon, Antoinette | | | |
| 222 | Graham, Maxine | | | |
| 223 | Grant Diaz, Angelique | | | |
| 224 | Grant, Jennifer Deloris | | | |
| 225 | Gregory, Marva | | | |
| 226 | Guerrido, Christine | | | |
| 227 | Guerrido, Christine Diamond | | | |
| 228 | Gulley, Hattie Lee | | | |
| 229 | Gyane, Rosina Oheman | | | |
| 230 | Gyapong, Angela | | | |
| 231 | Hammonds, Loretta | | | |
| 232 | Hammonds, Loretta Denise | | | |
| 233 | Harris, Shari | | | |
| 234 | Harris, Tyhanna Renee | Harris, Tyhanna | Harris,Tyhanna | |
| 235 | Haruna, Salamatu | | | |
| 236 | Hayford, Florence | | | |
| 237 | Helsop, Sylvia | | | |
| 238 | Hemmings, Kemisha Tanya | | | |
| 239 | Hernandez, Ana | | | |
| 240 | Herrero, Cristina | | | |
| 241 | Heslop, Sylvia | | | |
| 242 | Hicks, Keisha | | | |
| 243 | Howell, Treshana | | | |
| 244 | Hurd Smith, Nekieta Natalee | | | |
| 245 | Ibeto, Ndidi | | | |
| 246 | Ibeto,Uchechukwu Nonye | Ibeto, Uchechukwu N | Ibeto, Uchechukwu | Ibeto Uchechukwu, Nonye |
| 247 | Ibrahim, Amina | | | |
| 248 | Ibrahim, Cettu Tawfik | | | |
| 249 | Iddrisu, Memunatu | | | |
| 250 | Iddrisu, Victoria Azumah | | | |
| 251 | Jackson, Larita | | | |
| 252 | Jackson, Nickelle | | | |
| 253 | Jean Bernardin, Micarlie | | | |
| 254 | Jean Pierre Neptune, Ketia | | | |
| 255 | Jean, Carole | | | |
| 256 | Jean, Marie Stephania | | | |
| 257 | John Kyei, Baffour | | | |
| 258 | Johnson, Grace | | | |
| 259 | Johnson, Wilda | | | |

Revised Exhibit A

| | | | | |
|---|---|---|---|---|
| 260 | Jones, Aminatu Kabba | | | |
| 261 | Jones, Tyesha | | | |
| 262 | Josephs, Sonia | | | |
| 263 | Joshie, Diana | | | |
| 264 | Jospitre, Dashka | | | |
| 265 | Judemyr, Jeune | Jeune, Judemyr | | |
| 266 | Jules, Michelle | | | |
| 267 | Julius, Carla | | | |
| 268 | Kareem, Taibat Lola | | | |
| 269 | Kelly-James, Mavis | | | |
| 270 | Kennedy, Kate Agyeiwaa | | | |
| 271 | Kerr Dubois, Judine G | | | |
| 272 | King, Jennifer | | | |
| 273 | Kingsford, Afriyie | | | |
| 274 | Koffie, Eunice Edem | | | |
| 275 | Kofie, Phyllis | | | |
| 276 | Konu, Naa B | Konu, Naa | | |
| 277 | Kromah, Fanta M | | | |
| 278 | Kromah, George | | | |
| 279 | Kumah, Benedicta | | | |
| 280 | Kwabi, Alice-Rose | Kwabi, Alice Rose | | |
| 281 | Kwabua, Akosua | | | |
| 282 | Kwakye, Ernest | | | |
| 283 | Kwakye, Lucy | | | |
| 284 | Kwartemaa, Ama | | | |
| 285 | Kwarteng, Joyce | | | |
| 286 | Kwatsenu, Patience T | Kwatsenu, Patience | | |
| 287 | Kwofie, Agnes | | | |
| 288 | Kyei, Baffour John | Kyei, Baffour | | |
| 289 | Kyei, Kofi | | | |
| 290 | Kyei, Kwaku | | | |
| 291 | Kyekyeku, Janet | | | |
| 292 | Kyeremateng, Philipa | | | |
| 293 | Laguda, Joyce | | | |
| 294 | Laminu, Latifa | | | |
| 295 | Larita, Jackson | | | |
| 296 | Larry, Aisha S | Larry, Aisha | | |
| 297 | Laryea-Walker, Mona | | | |
| 298 | Lawal-Young, Idiatu Aduni | Lawal-Young, Idiatu | | |
| 299 | Levine, Audrey | | | |
| 300 | Liu, Anne | | | |
| 301 | Lofton, Charisse N | | | |
| 302 | Lopez Naranjo, Alicia | | | |
| 303 | Lowe, Esmerilda A | | | |
| 304 | Lynch, Tasya | | | |
| 305 | Madlala, Nonhlanhla | Madlala, Nohlanhla | | |
| 306 | Maldon, Shaniqua | | | |
| 307 | Marfoa, Nana Adjoa | | | |
| 308 | Marine, Krystal | | | |
| 309 | Maxwell, Una May | | | |
| 310 | Mcfarlane, Maureen | | | |
| 311 | Mclennon, Rashida | | | |

Revised Exhibit A

| | | | | |
|---|---|---|---|---|
| 312 | Mcrae, Janet | | | |
| 313 | Mensah, Adrina | | | |
| 314 | Mensah, Joyce Ackon | | | |
| 315 | Mensah, Juliana | | | |
| 316 | Mensah, Sarah | | | |
| 317 | Mensah, Theophilus | | | |
| 318 | Mensah, Victoria | | | |
| 319 | Mercy, Penina | | | |
| 320 | Mhlongo, Buhle | | | |
| 321 | Michel, Edwige | | | |
| 322 | Mims, Kim | | | |
| 323 | Minatu, Nelson | | | |
| 324 | Mireku, Cynthia | | | |
| 325 | Mitchell, Sade | | | |
| 326 | Mohammed, Muntari | | | |
| 327 | Momplaisir, Junia | | | |
| 328 | Monique, Smith | | | |
| 329 | Monroe, Yvonee | Monroe, Yvonne | | |
| 330 | Mora Baez, Juana | | | |
| 331 | Morgan, Lashana | | | |
| 332 | Morgan-Simmons, Yvonne | Morgan-Mckenzie, Yvonne | | |
| 333 | Morose, Pierre | | | |
| 334 | Morose, Wilna | | | |
| 335 | Moses, Philomena | | | |
| 336 | Moyo, Esther | Moyo, Ester | | |
| 337 | Murphy, Whitney | | | |
| 338 | Nartey, Sarah Abena | | | |
| 339 | Ndiaye, Fatou | | | |
| 340 | Neita, Sheree | | | |
| 341 | Nelson, Grace | | | |
| 342 | Nelson, Justina A | | | |
| 343 | Nelson, Minatu | | | |
| 344 | Newland, Ann M | | | |
| 345 | Newland, Ann Marie | | | |
| 346 | Nfojwo, Ellen | | | |
| 347 | Nimo, Leticia | | | |
| 348 | Nkrumah, Kwaku | | | |
| 349 | Nkrumah, Portia | | | |
| 350 | Norwood, Sharee Marie | | | |
| 351 | Nsowah, Salomey Afua | | | |
| 352 | Nti, Daniel Kwabena | Nti, Daniel | | |
| 353 | Nti, Obed E | | | |
| 354 | Ntiamoah, Eunice | | | |
| 355 | Ntiamoah, Richard | | | |
| 356 | Nugra, Laura | | | |
| 357 | Nutakor, Vicentia | | | |
| 358 | Nyamekyere, Akua | | | |
| 359 | Nyarko, Debora | | | |
| 360 | Nyarko, Monica Osei | | | |
| 361 | Obas, Cassandra | | | |
| 362 | Obas, Marie Rosette | | | |
| 363 | Obeney, George Tawiah | Obeney, George | | |

# Revised Exhibit A

| | | | | |
|---|---|---|---|---|
| 364 | Odame, Hannah | | | |
| 365 | Oduro, Faustina | Oduro,Faustina | | |
| 366 | Ofori Koranteng, Kwasi Owusu | | | |
| 367 | Ofori, Doris | | | |
| 368 | Ofori-Amanfo, Janice | | | |
| 369 | Oguntunde, Odura | | | |
| 370 | Ohemeng, Margaret | | | |
| 371 | Oki, Kitso | | | |
| 372 | Oluyemi, Deborah O | Oluyemi, Deborah | | |
| 373 | Opoku Agyemang, Lydia | | | |
| 374 | Opoku, Harriet | | | |
| 375 | Opokua, Christiana | Opokua, Christina | | |
| 376 | Oppong, Stella | | | |
| 377 | Oppong, Victoria | Oppong, Victoria | | |
| 378 | Opukua, Christina | | | |
| 379 | Opuni, Vera | | | |
| 380 | Osabutey, Comfort Y | | | |
| 381 | Osei Bonsu, Beatrice | | | |
| 382 | Osei, Edna | | | |
| 383 | Osei, Mary | | | |
| 384 | Osei, Nana | | | |
| 385 | Osei, Susanna | | | |
| 386 | Osei, Vida | | | |
| 387 | Osei-Bonsu, Rebecca D | Osei Bonsu, Rebecca | | |
| 388 | Osekre Aryeetey, Ayishetu K | | | |
| 389 | Oti Frimpong, Freda | | | |
| 390 | Otoo, Mabel Twuba | | | |
| 391 | Otoo, Samuel | | | |
| 392 | Owasua, Susana | | | |
| 393 | Owusu, Eric | | | |
| 394 | Owusu, Gloria | | | |
| 395 | Owusu, Lourdes | | | |
| 396 | Owusu, Mirabel | | | |
| 397 | Owusu, Nana | | | |
| 398 | Owusu, Peter | | | |
| 399 | Owusua, Susana | Owasua, Susana | | |
| 400 | Owusu-Ansah, Mary | | | |
| 401 | Paul, Rita John | | | |
| 402 | Paul, Rofina | | | |
| 403 | Paul, Shirly | | | |
| 404 | Paul, Shirly R | | | |
| 405 | Peprah, Cynthia | | | |
| 406 | Peterkin, Valrey | | | |
| 407 | Pierre Louis, Joel | | | |
| 408 | Pierre, Deborah | | | |
| 409 | Pinaman Osei, Abena | Pinaman, Abena | Pinaman-Osei, Abena | |
| 410 | Pisacano, Phyllis | | | |
| 411 | Plummer Maynard, Camelia | | | |
| 412 | Poghosyan, Hasmik | | | |
| 413 | Poku, Collins Boakye | | | |
| 414 | Pomaa, Akosua | | | |
| 415 | Powell Roberts, Alethea | Powel Roberts, Althea | | |

Revised Exhibit A

| | | | | |
|---|---|---|---|---|
| 416 | Prempeh, Joyce | | | |
| 417 | Pridgen, Winnifred | | | |
| 418 | Quansah, Christiana K | | | |
| 419 | Quawson, Faustina Y | | | |
| 420 | Ramdon, Doris M | Ramdon, Doris | | |
| 421 | Ramirez, Jaslyn | | | |
| 422 | Reinhold, Kate | | | |
| 423 | Rembert, Marcella | | | |
| 424 | Richards, Latoya | | | |
| 425 | Richardson, Loretta | | | |
| 426 | Riley, Laura | | | |
| 427 | Rodney Degale, Brieann | | | |
| 428 | Romain Princivil, Fritznel | | | |
| 429 | Ronan, John Thomas | | | |
| 430 | Roopnarine, Sarjudai | | | |
| 431 | Rosales, Ignacia | | | |
| 432 | Rosina, Debrah | | | |
| 433 | Ruffin, Akeema | | | |
| 434 | Sackey, Emmanuel A | Sackey, Emmanuel | | |
| 435 | Safat, Sadia | | | |
| 436 | Saint Hilaire, Mireille | | | |
| 437 | Sam Junior, Anietie | Sam-Junior, Anietie | | |
| 438 | Sanders, Delisha S | Sanders, Delisha | | |
| 439 | Sannon, Yvonne | | | |
| 440 | Sarpong, Afua | | | |
| 441 | Scott, Bernice Berdu Opare | | | |
| 442 | Sechere, Philip | | | |
| 443 | Sells, Kadasia | | | |
| 444 | Sells, Karen | | | |
| 445 | Sencherey, Bertha | | | |
| 446 | Septama, Johoane | | | |
| 447 | Serwaa, Selina | | | |
| 448 | Severino, Keila | | | |
| 449 | Siaka, Nafesatu | | | |
| 450 | Simpson, Millicent | | | |
| 451 | Singleton, Shameeka | | | |
| 452 | Smalls, Tasha | | | |
| 453 | Smiley, Renee | | | |
| 454 | Smith, Monique | | | |
| 455 | Smith, Sharese | | | |
| 456 | Sorogho, Adizatu | | | |
| 457 | Soumah, Anna | | | |
| 458 | St Vil Noel, Marie | | | |
| 459 | Stephens, Hattie | | | |
| 460 | Stewart, Sheryl Blasseta | | | |
| 461 | Stinvil, Eddie | | | |
| 462 | Sulney, Cinthia | | | |
| 463 | Suriel-Mosquera, Stephanny | | | |
| 464 | Tackie, Theresa | | | |
| 465 | Takyi, Emmanuelle | | | |
| 466 | Takyi, Vivian Arthur | | | |
| 467 | Tall, Doris Ejemeke | | | |

Revised Exhibit A

| | | | | |
|---|---|---|---|---|
| 468 | Tawfik Ibrahim, Cettu | | | |
| 469 | Tetteh, Rosina | | | |
| 470 | Theagene, Wilda Celiamise | | | |
| 471 | Thomas, Lorna C | | | |
| 472 | Tiwaa, Mercy | | | |
| 473 | Tiwaa, Mercy Bonsu | | | |
| 474 | Tomlinson, Sheena | | | |
| 475 | Toney, Shalonda | | | |
| 476 | Toyo, Myrline | | | |
| 477 | Tullon, Lisa C | | | |
| 478 | Turner, Eucharia | | | |
| 479 | Tutu, Bridgette A | Tutu, Bridgette | | |
| 480 | Twumasi, Agatha | | | |
| 481 | Uchechukwu, Nonye Ibeto | | | |
| 482 | Valcourt, Catrine | | | |
| 483 | Valme, Akisse | | | |
| 484 | Verne Louis, Chantalle | | | |
| 485 | Vital, Wolf A Jerry | | | |
| 486 | Volcy, Isaac | | | |
| 487 | Vorduagu, Vida A | Vorduagu, Vida | | |
| 488 | Weir Pace, Valrie | | | |
| 489 | White, Latosha | | | |
| 490 | White, Veronica | | | |
| 491 | Williams, Kiyonna | | | |
| 492 | Williams, Roberta | | | |
| 493 | Williams, Rosemarie | Willliams, Rosemarie | | |
| 494 | Wilson, Adwoa | | | |
| 495 | Wilson, Twana | | | |
| 496 | Wojtanowski, Susan | | | |
| 497 | Woods, Tanisha | | | |
| 498 | Wright, Tysharra | | | |
| 499 | Yanney, Rosalind | | | |
| 500 | Yeboah Laryea, Cynthia | | | |
| 501 | Yeboah, Agnes | | | |
| 502 | Yeboah, Frank | | | |
| 503 | Yeboah, Joyce Afua | | | |
| 504 | Yedoah, Godfred | Yeboah, Godfred | | |
| 505 | Zangh, J-Flynn | | | |
| 506 | Zerba, Fuseina A | | | |