**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Lori Chavez-DeRemer, Secretary of Labor, United States Department of Labor<br><br>                              Plaintiff,<br><br>                     -v-<br><br>Sarene Services, Inc. d/b/a Serene Home Nursing Agency, and Irene Manolias, Individually,<br><br>                         Defendants. | 2:20-cv-3273 (NJC) (ST) |

**ORDER**

NUSRAT J. CHOUDHURY, United States District Judge:

Upon application of the Secretary of Labor it is ORDERED:

Plaintiff's counsel may bring a printer into the Alfonse D'Amato Courthouse in Central Islip, Long Island ("Courthouse"), 100 Federal Plaza, Central Islip, New York 11722, on April 1, 2025, and allow it to remain in the conference room outside the courtroom through the duration of trial.

Plaintiff's expert witness, Dr. Jennifer Reckrey, may bring her cell phone and laptop through courthouse security upon entry to the courthouse on dates ranging from April 7, 2025 to April 10, 2025.

The following personnel of the U.S. Department of Labor, Wage and Hour Division may bring their cell phones and laptops through courthouse security on dates ranging from April 1, 2025 through April 22, 2025 or the duration of trial, whichever is longer:

- David An
- Nano Bustamante
- Stanley Chan
- James Daly
- William Dempsey

- Manuel Garcia
- Matthew Green
- Denise Iglesias
- Satkumar K Lalbihari
- Vanessa Luna
- Justin Mahabir
- Nicole Stahl
- Eduardo Toledo Chanona
- Gene Toledo
- Yaozu Xiong
- Jasmine Wade
- James Wong

These staff shall not use their cell phones or laptops in Courtroom 1040 without my permission. I have already granted permission to Ms. Wage and Mr. Wong.

Dated: Central Islip, New York
April 1, 2025

_/s/ Nusrat J. Choudhury_
NUSRAT J. CHOUDHURY
United States District Judge