6

# Serene Home Nursing Agency Policy and Procedure Manual

## HHA/PCA Live-In Aide Job Description-Agreement

As a live-in aide you are responsible for providing personal care and assistance to the patient in their home as listed on the patients plan of care during your 13 hours of work. This includes but is not limited to assistance with activities of daily living such as bathing, feeding, dressing, toileting and medication reminders. You are also responsible for ensuring the safety of the patient, monitoring the patient's condition and reporting any of these changes to the nursing supervisor immediately.

| Job Description Duties/Responsibilities |
|---|
| As a Live-In Aide you are required to work 13 hours in a 24-hour period. If you provide care to your patient beyond 13 hours, you must immediately notify the Nursing Supervisor to receive approval for overtime pay. Overtime will be paid for time worked beyond 13 hours in a 24-hour period. As a live-in aide you are entitled to 8 hours of sleep in a 24-hour period. Five of those hours must be uninterrupted. If your patient requires care at night not allowing you to receive your sleep time break, you must call the agency immediately. As a live-in aide you are also entitled to uninterrupted break time for meals totaling 3 hours a shift. If you cannot receive your breaks for any reason you are required to call the agency immediately and report the interruption in the meal break to seek assistance in securing the break time. If it is not possible to schedule breaktime you will be approved for overtime pay.<br><br>If you are not able to receive any required breaktimes, you must document this on your activity sheets or a separate sheet of paper detailing what you were doing, the time of occurrence, and why your breaktime was missed and if you contacted the nursing supervisor. Any work completed over 13 hours in a 24-hour period is considered overtime and will be compensated at the appropriate overtime rate.<br><br>As a live-in aide you should report any overtime occurrence immediately to your nursing supervisor but no later than 48 hours after the occurrence.<br><br>As a live-in aide, you must complete your Activity Reports at the end of each shift documenting all care required and sign and date them. All activity reports must be returned to agency at the completion of the workweek. Your primary duty is to assure that the patient is safe and secure. Any changes in a patient's health condition, habits or complaints must be reported immediately to your nursing supervisor.<br><br>Do not attempt to provide any type of medical intervention to your patients. You are required to call your nursing supervisor immediately 24/7 to report any changes in your patient's status so that your patients can receive the medical intervention they require. |

Home Health Aide- 1

I understand my job responsibilities as a live-in aide and the importance of reporting all changes in health status of my patents immediately to the nursing supervisor. I also understand how to report any missed breaks, and overtime hours worked beyond 13 hours in a 24-hour period. I understand that I am not to provide any medical intervention to my patients and must call the nursing supervisor immediately upon any change in the health status of my patient.

Signature of HHA: Susan Wojtonowski

EXHIBIT
ZZZZ