Serene Home Nursing Agency

ACKNOWLEDGEMENT OF ORIENTATION "A"

Name: SUSAN WOJTANOWSKI Title: HHA

Date of Employment: APRIL 28, 2016

I acknowledge that I have received orientation to the following:

Agency's Mission, Philosophy and Goals

Agency's Personnel Policies and Procedures

Continuous Quality Improvement

Agency's Administrative Policy and Procedure Manual

Patient Bill of Rights, Patient Confidentiality, Right to Respect/Privacy/Complaint Process

HIV Confidentiality/HIPAA

Advance Directives/DNR

OSHA Standards:

- Occupational Exposure to Blood-Borne/Tuberculosis Program
- Epidemiology and Symptoms
- Modes of Transmission
- Engineering Controls, Work Practices and Use of Protective Equipment
- Hepatitis B Vaccine Program
- Responsibilities and Reporting Mechanism for Exposure Incident
- Universal Precautions/Standard Precautions
- Infection Control Practices

Job Description

Time and Activity Reports

Clinical Documentation Requirements

Disaster and Emergency Preparedness/Safety Policy and Procedure/Fire Safety

Policies and procedures specific to my job responsibilities

In-service and Continuing Education Requirements

I understand that this information is readily accessible as a resource to me. I have been given the opportunity to ask for clarification and will seek additional clarification from my supervisor, as necessary.

I have read the above statements and agree to comply with the agency's policies and procedures.

Employee Signature: Susan Wojtanowski

Date: April 28, 2016

EXHIBIT

AAAAA