Court Exhibit 2
Filed 4/3/2025

EXHIBIT
2
20 CV 3273

Not sure if witness understands all questions asked by the defendant attorney

# 11