**Court Exhbit 5**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Lori Chavez-DeRemer, Secretary of Labor, United States Department of Labor,<br><br>Plaintiff,<br><br>-v-<br><br>Sarene Services, Inc. d/b/a Serene Home Nursing Agency; Irene Manolias, Individually,<br><br>Defendants. | 2:20-cv-3273<br>(NJC) (ST) |

**VERDICT FORM**

- All jurors must agree on the answers to all of the questions.
- Jurors must answer the questions in the order they are presented.
- Terms defined in the Jury Instructions appear **Capitalized and Bold.**

**ISSUE #1: Fair Labor Standards Act Recordkeeping Claim**

1. Did Plaintiff prove by a **Preponderance of the Evidence** that Defendants did not make or keep records of all hours that **Live-in Aides** worked at any time during the relevant time period?

**CHECK ONLY ONE:** **YES** ☑ **NO** ☐

**Please proceed to Question 2.**

**Court Exhbit 5**

**<u>ISSUE #2: Fair Labor Standards Act Overtime Claim</u>**

Consider only **Live-in Aides** who worked more than 40 hours in a week.

2. Did Plaintiff prove by a **Preponderance of the Evidence** that Defendants failed to pay **Live-in Aides** for all the overtime hours they worked?

   **CHECK ONLY ONE:** **YES** ☑ **NO** ☐

**If you answered "Yes," please proceed to Question 3.**
**If you answered "No," please skip Question 3 and proceed to Question 4.**

3. How many **Unpaid Hours**, as an approximate average, did **Live-in Aides** work per 24-hour shift during the relevant time period?

   FILL IN THE NUMBER: 3

**Please proceed to Question 4.**

**<u>ISSUE #3: Fair Labor Standards Act Retaliation Claim</u>**

4. Did Plaintiff prove by a **Preponderance of the Evidence** that Defendant(s) retaliated against one or more **Live-in Aides**?

   **CHECK ONLY ONE:** **YES** ☑ **NO** ☐

**If you answered "Yes," please identify the Defendant(s) who retaliated:**

Defendant Serene ☑
Defendant Irene Manolias ☐

**If you answered "Yes" to Question 4, please proceed to Question 5.**
**If you answered "No" to Question 4, you are done. Please proceed to the end of this sheet.**

5. Did Plaintiff prove by a preponderance of the evidence that Live-in Aides are entitled to punitive damages for retaliation?

   **CHECK ONLY ONE:** **YES** ☑ **NO** ☐

**If you answered "Yes" to Question 5, please proceed to Question 6.**
**If you answered "No" to Question 5, you are done. Please proceed to the end of this sheet.**

**Court Exhbit 5**

6. If you answered "Yes" to Question 5: Please indicate the amount of punitive damages appropriate to deter the Defendant(s), and others like them, from committing similar acts in the future:

Defendant Serene: $ 46,200.00

Defendant Irene Manolias: $ 00

**You are finished.**
**The foreperson should ensure that each juror agrees with the answer to each question.**
**If so, the foreperson should date and sign below.**

Dated: 4\23, 2025

Foreperson's Signature

[signature]