UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

KEITH E. SONDERLING,[1] Acting Secretary of Labor, United States Department of Labor,

Plaintiff,

v.

SARENE SERVICES, INC. d/b/a SERENE HOME NURSING AGENCY, and IRENE MANOLIAS, Individually,

Defendants.

Civil Action No. 20-cv-03273 (NJC) (ST)

**CONSENT JUDGMENT**

1. Plaintiff, Keith E. Sonderling, Acting Secretary of Labor, United States Department of Labor (the "Secretary") has filed a Complaint in this case under the Fair Labor Standards Act of 1938, as amended (29 U.S.C. § 201 *et seq.*) (the "Act" or the "FLSA"). Defendants Sarene Services, Inc. dba Serene Home Nursing Agency ("Sarene") and Irene Manolias ("Manolias") (collectively "Defendants") appeared by counsel and filed their answer. Defendants agree to the entry of this Consent Judgment without contest.

2. The Secretary's Amended Complaint alleged that Defendants violated sections 6, 7, 11(c), 15(a)(2), 15(a)(3), and 15(a)(5) of the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. § 201, *et seq.* (the "Act" or the "FLSA") by failing to pay their employees overtime wages, failing to make, keep, and preserve adequate and accurate records, and retaliating against employees because of their protected activity.

3. Defendants agree that they are a covered enterprise under sections 3(r) and 3(s) of

[1] Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Acting Secretary of Labor Keith E. Sonderling is automatically substituted as Plaintiff in this action.

the Act and that the provisions of the Act apply to Defendants.

4. Defendants agree that Defendant Manolias is an employer within the meaning of section 3(d) of the Act.

5. Defendants submit to the jurisdiction of this Court over them and over the subject matter of this action. Defendants admit that this Court has the authority to enter and enforce this Order and that this Court is the most appropriate venue for any enforcement action which may be required as a result of this Order.

6. Defendants acknowledge that they have notice of, and understand, the provisions of this Consent Judgment, acknowledge their responsibilities pursuant to this Consent Judgment, and acknowledge that they may be subject to sanctions in contempt of this Court and may be subject to punitive damages if they fail to comply with the provisions of this Consent Judgment.

WHEREAS on April 23, 2025, after a four-week trial, the jury rendered a verdict in favor of the Secretary, finding Defendants jointly and severally liable for violating the overtime and recordkeeping provisions of the Fair Labor Standards Act (FLSA) from March 19, 2017 through December 31, 2020 and finding Defendant Sarene Home Services, Inc. liable for violating the FLSA's anti-retaliation provisions, (ECF No. 284); and

WHEREAS on February 18, 2026, the Court issued an Opinion and Order (ECF No. 322) finding Defendants jointly and severally liable for liquidated damages in an amount equal to the back wages so-ordered in the parties' stipulation dated August 15, 2025 (ECF Nos. 302 and 322);

It is, therefore, upon motion of the attorneys for the Secretary and for good cause shown, ORDERED that:

I. Defendant Sarene and Defendant Manolias solely in her capacity as an owner, officer, or agent of Defendant Sarene, together with Sarene's officers, agents, servants, employees,

and those persons in active concert or participation with Sarene, are permanently enjoined from violating the provisions of Sections 6, 7, 11(c), 15(a)(2), 15(a)(3), and 15(a)(5) of the Fair Labor Standards Act, including, but not limited to, the following[2]:

a. Defendants shall not, contrary to Section 6 of the Act, pay to any of their employees who in any workweek are engaged in commerce or in the production of goods for commerce, or employed in an enterprise engaged in commerce or in the production of goods for commerce, within the meaning of the Act, wages at rates less than those which are now, or which may in the future become applicable under Section 6 of the Act.

b. Defendants shall not, contrary to Section 7 of the Act, employ any of their employees in any workweek for workweeks longer than the hours now, or which in the future become, applicable under Sections 7 and 15(a)(2) of the Act, unless the employees receive compensation for their employment in excess of the prescribed hours at rates not less than one and one-half times the employees' regular rates, as required by Section 7 of the Act and 29 C.F.R. Part 778.

c. Defendants shall not fail to make, keep, and preserve adequate records of their employees and of the wages, hours, and other conditions and practices of employment maintained by them as prescribed by the Regulations issued under Section 11(c) and 15(a)(5) of the Act and found at 29 C.F.R. Part 516.

---

[2] These conditions shall terminate with respect to Defendant Sarene upon any sale of the business entity in which Defendant Manolias, or any business entity owned by her or to which she is a member, is fully divested of all outstanding ownership shares on a permanent basis. Should Defendant Manolias retain any ownership share, or, should she later re-acquire an ownership interest in Defendant Sarene, these conditions will either remain in effect or be re-instated. Should Defendant Manolias employ home health aides in the future, either through Defendant Sarene or some other business entity, these conditions shall apply.

d. Defendants shall not violate the provisions of Section 15(a)(3) of the Act in any manner, including but not limited to the following:

i. Defendants shall not discourage employees from speaking, sharing information with, or otherwise cooperating with the Department.

ii. Defendants shall not take punitive measures against employees who report unpaid hours worked or any other FLSA violations to Defendants.

iii. Defendants shall not solicit false statements from employees against their interests in matters involving their rights under the FLSA or solicit information from employees about matters involving their FLSA rights under misleading or coercive circumstances.

iv. Defendants shall not refuse, or threaten to refuse, future work, certificates of good performance, good job references, or other incentives to employees because of their protected activity.

v. Defendants shall not blacklist, or threaten to blacklist, employees because of their protected activity.

vi. Defendants shall not otherwise retaliate or threaten to retaliate against employees because of their protected activity.

II. Upon the parties' agreement that unpaid overtime back wages are owed and shall be paid to the employees listed in the attached Exhibit A in the amount of $3,176,900, plus an equal additional amount of liquidated damages of $3,176,900 and $46,200 in punitive damages, for **a total amount of $6,400,000**, it is:

ORDERED that Defendants and all persons acting on their behalf are enjoined and restrained from withholding the payment of $3,176,900 in unpaid overtime back wages due Defendants' current and former employees listed in Exhibit A. Further, Defendants shall pay a total of $3,176,900 in liquidated damages and $46,200 in punitive damages due Defendants' employees listed in Exhibit A. These payments shall be made by Defendants in accordance with Paragraph III of this Consent Judgment.

III. The provisions of this Consent Judgment relative to back wage payments, liquidated damages, and punitive damages shall be deemed satisfied when Defendants fully comply with the terms of payment set forth below. Payment of the monies owed shall be made by lump-sum payment of the full amount of $6,400,000 on or before September 8, 2026. This payment shall be made by credit card, debit card, or bank account transfer by going to www.pay.gov and completing the following steps:

a. For payment of back wages, liquidated damages, and punitive damages, visit https://pay.gov/public/form/start/77689032.

i. Select "Continue to Form" and complete the required fields.

ii. The "BW/CMP Case Number" is 1872757.

iii. The "Date of Assessment" is the date of entry of this Consent Judgment.

IV. The Secretary shall distribute Defendants' payments for back wages, liquidated damages, and punitive damages, less any legal deductions, to the former and current employees, or to their estates, as set forth in Exhibit A. Any sums not distributed within a period of three years from the date of receipt shall, pursuant to section 16(c) of the Act, be covered into the Treasury of the United States as miscellaneous receipts. Defendants remain responsible for paying the employers' share of any applicable taxes to the appropriate state and federal revenue authorities.

V. Defendants shall assist the Plaintiff in the distribution of the back wages, liquidated damages, and punitive damages due by providing the last known addresses, phone numbers, and emails, if such is available, of the current and former employees listed in Exhibit A, by August 5, 2026, and social security numbers by August 15, 2026.

VI. Defendants, and anyone acting on their behalf, shall not directly or indirectly solicit or accept the return or refusal of any sums paid under this Consent Judgment. Defendants, and anyone acting on their behalf, shall not threaten or imply that adverse action will be taken against anyone because of their receipt of funds due under the provisions of this Consent Judgment or the Act. Violation of this Paragraph may subject Defendants to equitable and legal damages, including punitive damages and civil contempt.

VII. On behalf of Defendants, Defendants agree to sign the Confession of Judgment attached hereto as Exhibit B in the amount of $10,586,875.10 in back wages and liquidated damages, $46,200 in punitive damages, and post-judgment interest, which shall accrue starting September 9, 2026. This Confession of Judgment shall be delivered to Plaintiff's attorneys contemporaneously with this executed Consent Judgment. Plaintiff agrees to hold this Confession of Judgment and will not cause it to be filed unless Defendants fail to make a payment within the timelines established in Paragraph VIII. If Defendants fail to make a payment within the timelines established in Paragraph VIII, Plaintiff may file the Confession of Judgment with the Court with no further notice to Defendants. No action or non-action by Plaintiff shall constitute a waiver of this Paragraph. Once Defendants make payment as required under this Consent Judgment, Plaintiff's attorneys shall return the Confession of Judgment to Defendants' counsel.

VIII. With respect to the $6,400,000 lump-sum payment required by this Consent Judgment, a 14-calendar-day grace period shall be allowed for receipt of the lump-sum payment.

In the event that Plaintiff does not receive the lump-sum payment, plus any post-judgment interest accrued since September 9, 2026, by the 15th day after which it is due, Plaintiff's representatives will notify Defendants by email to Defendants' attorneys.[3] If Plaintiff does not receive payment plus any post-judgment interest accrued since September 9, 2026, within 14 calendar days of such notification, then Plaintiff may file the Confession of Judgment with the Court, and $10,633,075.10, plus post-judgment interest accrued since September 9, 2026, less any amounts already received by Plaintiff pursuant to this Consent Judgment shall become due immediately and the Court will appoint a Receiver. No action or non-action by Plaintiff shall constitute a waiver of this Paragraph.

(1) In the event a Receiver is appointed, it is ORDERED that:

a. Defendants shall produce to the court-appointed Receiver all books and records and any other non-privileged information the Receiver requires to carry out the provisions of this Judgment. In addition, Defendants shall submit to an accounting by an independent certified public accountant and/or the Receiver, and the accountant or Receiver shall testify, if they so decide.

b. All the expenses of the accountant or Receiver shall be borne solely by Defendants.

c. The Receiver shall serve until the payment of the monetary terms of this Judgment is satisfied.

d. The Receiver shall have full authority to: collect the Defendants' assets and report his/her findings to the Court and the parties; to redeem and/or liquidate Defendants' assets

---

[3] Defendants are responsible for timely notifying the U.S. Department of Labor of any change in the identity or contact information of their attorneys.

and turn over the proceeds to the Secretary; if the asset is a debt that is due, collect it and turn over the proceeds to the Secretary; to analyze all indebtedness and where deemed appropriate seek restructuring; to analyze all transfers of Defendants' assets; to prevent waste or fraud; and to do all acts and take all measures necessary or proper for the efficient performance of the duties under their judgment.

IX. Defendants shall post the attached Exhibit C in English and Spanish. Defendants shall display Exhibit C at their office headquarters 42 Academy Street, Patchogue, New York 11772 within 30 days of the date of entry of this Judgment and shall maintain Exhibit C in a conspicuous place for a period of two years from the date of entry of this Judgment.

X. Defendants shall provide a copy of the attached Exhibit C in English and Spanish to all individuals listed on Revised Exhibit A (ECF 182-1) within 30 days of the date of entry of this Judgment, by email and mail, using a list to be approved by Plaintiff's counsel.

XI. Defendants shall post in a visible location at their office headquarters 42 Academy Street, Patchogue, New York 11772, the flyers entitled "Employee Rights Under the Fair Labor Standards Act" and "Fact Sheet #23: Overtime Pay Requirements of the FLSA," as issued by the U.S. Department of Labor to current employees of Defendant Sarene within 20 calendar days of the date of entry of this Consent Judgment.

XII. Defendants shall implement the following provisions to ensure their compliance with the Act:

a. Defendant Manolias, Sarene's supervisors responsible for timekeeping and/or payroll, Sarene's nursing and home health aide coordinators and Sarene's nursing supervisors shall undergo training by a qualified professional regarding the requirements of the

Fair Labor Standards Act, including but not limited to the requirement to pay for all hours worked (e.g., 29 U.S.C. § 203(g); 29 C.F.R. §§ 785.11-785.13).

b. Defendants shall pay wages to non-exempt employees based on the actual hours that employees worked during each applicable pay period.

XIII. Neither the commencement of this action nor the provisions of this Consent Judgment shall in any way affect, determine, or prejudice any and all legal rights of any employees of Defendants not listed in Exhibit A of this Consent Judgment, be they current or former employees, to file any action against Defendants under section 16(b) of the Act, or likewise for any current or former employee listed on Exhibit A to file any action against Defendants under section 16(b) of the Act for violations alleged to have occurred after December 31, 2020.

XIV. Each party will bear its own fees and other expenses incurred by such party in connection with any stage of this proceeding.

XV. The assigned Magistrate Judge shall have jurisdiction over this matter for the purposes of any contempt proceeding related to this Consent Judgment.

**SO ORDERED.**

DATED: ______________, 2026

SO ORDERED:

______________________________

HONORABLE NUSRAT J. CHOUDHURY
UNITED STATES DISTRICT JUDGE

Defendants appeared by the undersigned counsel and hereby consent to the entry of this Consent Judgment.

Littler Mendelson, P.C.
Lisa M. Griffith, ESQ.

Sarene Services, Inc.
BY: Irene Manolias, President and C.E.O.

STATE OF NEW YORK )
:SS:
COUNTY OF SUFFOLK )

On the 16th day of July, 2026 before me came Irene Manolias, known and to me known, who, being by me duly sworn, did depose and say that she is a duly authorized representative of Sarene Services Inc., described in and which executed the foregoing instrument, that she signed her name thereto by like order.

Theresa Avitabile
NOTARY PUBLIC

Theresa M. Avitabile
Notary Public, State of New York
Reg No. 01AV6016914
Qualified in Suffolk County
Commission Expires 1/16/2027

IRENE MANOLIAS

STATE OF NEW YORK )
:SS:
COUNTY OF SUFFOLK )

On the 16th day of July, 2026 before me came Irene Manolias, to me known and known to me to be the individual described in and who executed the foregoing instrument and she duly acknowledged to me that she executed the same.

Theresa Avitabile
NOTARY PUBLIC

Theresa M. Avitabile
Notary Public, State of New York
Reg No. 01AV6016914
Qualified in Suffolk County
Commission Expires 1/16/2027

# Exhibit A

| Name | Back Wages | Liquidated Damages | Punitive Damages |
|---|---|---|---|
| Abdul Razak, Amina | $ 2,020.11 | $ 2,020.11 | |
| Aboagye, Esther Amofa | $ 1,867.19 | $ 1,867.19 | |
| Abrokwa, Beatrice K | $ 14,218.54 | $ 14,218.54 | |
| Achampong, Grace | $ 8,904.92 | $ 8,904.92 | |
| Acheampong, Joyce | $ 2,478.86 | $ 2,478.86 | |
| Acheampong, Tina | $ 1,569.41 | $ 1,569.41 | |
| Acka, Revonda J | $ 37,862.90 | $ 37,862.90 | $ 1,925.00 |
| Ackuayi, Patience | $ 1,952.59 | $ 1,952.59 | |
| Acquah, Agnes Ama | $ 339.81 | $ 339.81 | |
| Acquah, Joana Abena | $ 2,762.33 | $ 2,762.33 | |
| Adane, Augustina | $ 568.74 | $ 568.74 | |
| Ademokoya, Kehinde V | $ 14,032.99 | $ 14,032.99 | |
| Adengui, Folachade Rachelle | $ 8,701.03 | $ 8,701.03 | |
| Adimea, Victoria | $ 3,460.74 | $ 3,460.74 | |
| Adisatu, Bamba | $ 579.03 | $ 579.03 | |
| Adjei-Sechere, Josephine A | $ 21,978.38 | $ 21,978.38 | |
| Adobah, Michael K | $ 6,561.99 | $ 6,561.99 | |
| Adu Aful, Jemima | $ 2,076.44 | $ 2,076.44 | |
| Adu Gyamfi, Gifty | $ 1,055.21 | $ 1,055.21 | |
| Adutu, Regina | $ 11,234.44 | $ 11,234.44 | |
| Adu-Twumwaa, Mame | $ 177.06 | $ 177.06 | |
| Adzika, Winifredsromawu | $ 174.38 | $ 174.38 | |
| Afolabi, Lydia Titilayo | $ 3,380.26 | $ 3,380.26 | |
| Afriyie, Kingsford | $ 7,145.94 | $ 7,145.94 | |
| Agbagnon, Adjovi Doris | $ 13,834.02 | $ 13,834.02 | |
| Aglubie, Regina Rita | $ 472.16 | $ 472.16 | |
| Agyei, Alex N | $ 4,029.48 | $ 4,029.48 | $ 1,925.00 |
| Agyemang, Kwaku | $ 8,148.83 | $ 8,148.83 | |
| Agyemang, Mary | $ 10,898.65 | $ 10,898.65 | |
| Agyemang, Victoria | $ 919.73 | $ 919.73 | |
| Aidoo, Dinah | $ 13,799.14 | $ 13,799.14 | |
| Akai, Rose | $ 324.61 | $ 324.61 | |
| Akarawatu, Azumi Adamu | $ 611.67 | $ 611.67 | |
| Akeema, Ruffin | $ 629.55 | $ 629.55 | |
| Akodi, Cecilia | $ 4,962.63 | $ 4,962.63 | |
| Akomeah, Janet | $ 1,931.58 | $ 1,931.58 | |
| Akosua, Pomaa | $ 531.18 | $ 531.18 | |
| Akpalo, Jeannine | $ 4,085.37 | $ 4,085.37 | |
| Akyiaa, Nana Yaa | $ 10,381.32 | $ 10,381.32 | |
| Alhassan, Jamilatu | $ 3,952.58 | $ 3,952.58 | |
| Ali, Bibi Z | $ 11,083.76 | $ 11,083.76 | |
| Ali, Shazeema | $ 2,229.36 | $ 2,229.36 | |
| Aliworthy, Kimberly | $ 2,924.19 | $ 2,924.19 | |
| Allen Johnson, Shakema | $ 383.63 | $ 383.63 | |
| Allen, Hasana | $ 295.10 | $ 295.10 | |

# Exhibit A

| Name | Back Wages | | Liquidated Damages | | Punitive Damages | |
|---|---|---|---|---|---|---|
| Alworthy, Kimberly S | $ | 21,318.42 | $ | 21,318.42 | | |
| Ama, Juliana | $ | 1,395.03 | $ | 1,395.03 | | |
| Amadi, Blessing N | $ | 18,288.26 | $ | 18,288.26 | | |
| Amakye, Cecilia | $ | 5,080.67 | $ | 5,080.67 | | |
| Amankwah, Vida | $ | 17,032.74 | $ | 17,032.74 | | |
| Amoah, Elizabeth | $ | 388.55 | $ | 388.55 | | |
| Ampadu, Dorothy | $ | 676.05 | $ | 676.05 | | |
| Anang, Maud Adjorkor | $ | 21,098.21 | $ | 21,098.21 | | |
| Ancona, Anthony | $ | 11,189.28 | $ | 11,189.28 | | |
| Anderson, Sandra | $ | 181.98 | $ | 181.98 | | |
| Anif, Zeema | $ | 9,722.26 | $ | 9,722.26 | | |
| Anim, Doris | $ | 17,390.89 | $ | 17,390.89 | | |
| Animah, Akua Duodu | $ | 4,004.00 | $ | 4,004.00 | | |
| Ankamah, Mabel | $ | 15,962.33 | $ | 15,962.33 | | |
| Ankora Walker, Jemima A | $ | 1,557.78 | $ | 1,557.78 | | |
| Ankum, Melinda Denise | $ | 85.85 | $ | 85.85 | | |
| Annang, Jessica | $ | 5,733.02 | $ | 5,733.02 | | |
| Antwi, Daniel A | $ | 7,707.52 | $ | 7,707.52 | | |
| Antwi, Esther | $ | 255.75 | $ | 255.75 | | |
| Antwi, Frank Kwasi | $ | 2,296.43 | $ | 2,296.43 | | |
| Antwi, Princess | $ | 1,327.96 | $ | 1,327.96 | | |
| Antwi, Sarah A | $ | 32,424.54 | $ | 32,424.54 | | |
| Anyane, Florence Offeibea | $ | 1,801.91 | $ | 1,801.91 | | |
| Aponte, Luzmaria | $ | 594.23 | $ | 594.23 | | |
| Appau, Emmanuella | $ | 324.61 | $ | 324.61 | | |
| Appau, Stella | $ | 4,398.81 | $ | 4,398.81 | | |
| Appiah, Abraham | $ | 21,239.28 | $ | 21,239.28 | | |
| Appiah, Georgina | $ | 885.31 | $ | 885.31 | | |
| Appianimaa, Yaa | $ | 9,689.18 | $ | 9,689.18 | | |
| Aquah, Joana | $ | 375.58 | $ | 375.58 | | |
| Archibald, Delores | $ | 26,907.03 | $ | 26,907.03 | | |
| Archibald, Ladonna Maria | $ | 1,648.99 | $ | 1,648.99 | | |
| Arhin, Esther | $ | 20,759.07 | $ | 20,759.07 | | |
| Arhin, Georgina | $ | 6,588.82 | $ | 6,588.82 | | |
| Arhin, Georgina M | $ | 16,171.58 | $ | 16,171.58 | | |
| Asamoah, Solomon | $ | 17,619.37 | $ | 17,619.37 | | |
| Asante Danso, Gloria | $ | 14,513.20 | $ | 14,513.20 | | |
| Asante, Lydia | $ | 174.38 | $ | 174.38 | | |
| Asare, Abigail | $ | 2,478.86 | $ | 2,478.86 | | |
| Asenso, Vida | $ | 5,090.95 | $ | 5,090.95 | | |
| Asiedu, Grace | $ | 5,014.05 | $ | 5,014.05 | | |
| Atkinson, Dorothy | $ | 22,362.01 | $ | 22,362.01 | | |
| Atta, Patrick | $ | 35,590.17 | $ | 35,590.17 | $ | 1,925.00 |
| Audate, Cassandra | $ | 31,390.34 | $ | 31,390.34 | | |
| Ayebeng, Christiana | $ | 8,357.64 | $ | 8,357.64 | | |

# Exhibit A

| Name | Back Wages | | Liquidated Damages | | Punitive Damages | |
|---|---|---|---|---|---|---|
| Ayinla, Aminu | $ | 6,279.41 | $ | 6,279.41 | | |
| Bahamonde, Angelique | $ | 63.94 | $ | 63.94 | | |
| Baidoo, Cynthia | $ | 6,335.75 | $ | 6,335.75 | | |
| Baker, Annmarie | $ | 1,287.72 | $ | 1,287.72 | | |
| Bamba, Adisatu | $ | 6,874.53 | $ | 6,874.53 | | |
| Barimah, Mabel | $ | 1,003.35 | $ | 1,003.35 | | |
| Barnes, Jennifer E | $ | 2,343.82 | $ | 2,343.82 | | |
| Barnes, King Solomon F | $ | 139.50 | $ | 139.50 | | |
| Basdeosingh, Drupattie | $ | 18,084.38 | $ | 18,084.38 | | |
| Batad, Maura | $ | 683.65 | $ | 683.65 | | |
| Beauchamp, Mirlande | $ | 3,708.45 | $ | 3,708.45 | | |
| Bempomaa, Felicia | $ | 309.86 | $ | 309.86 | | |
| Berko, Paulina | $ | 174.38 | $ | 174.38 | | |
| Berry, Lisa | $ | 7,055.62 | $ | 7,055.62 | | |
| Bizzell, Imani | $ | 380.06 | $ | 380.06 | | |
| Blessinger, Elisa | $ | 32,920.84 | $ | 32,920.84 | | |
| Boakye-Boateng, Abigail | $ | 10,382.22 | $ | 10,382.22 | $ | 1,925.00 |
| Boakyewaa, Georgina A | $ | 9,376.19 | $ | 9,376.19 | | |
| Boateng, Janet | $ | 28,320.83 | $ | 28,320.83 | | |
| Boateng, Naana | $ | 9,881.89 | $ | 9,881.89 | | |
| Boateng, Rebecca | $ | 353.23 | $ | 353.23 | | |
| Boateng, Samuel A | $ | 23,786.10 | $ | 23,786.10 | | |
| Bollar, Tisha | $ | 514.64 | $ | 514.64 | | |
| Bonhomme, Jennifer | $ | 472.16 | $ | 472.16 | | |
| Bonsu, Abena | $ | 1,756.75 | $ | 1,756.75 | | |
| Bonsu, Rebecca | $ | 1,126.75 | $ | 1,126.75 | | |
| Brobbey, Vivian | $ | 63.94 | $ | 63.94 | | |
| Browell, Rebecca L | $ | 2,511.05 | $ | 2,511.05 | | |
| Brown, Beatrice | $ | 11,027.19 | $ | 11,027.19 | | |
| Buo, Anna | $ | 855.80 | $ | 855.80 | | |
| Burch, Segraita | $ | 3,025.24 | $ | 3,025.24 | | |
| Burgess, Hyacinth | $ | 5,904.72 | $ | 5,904.72 | | |
| Campbell, Felicia | $ | 20,548.92 | $ | 20,548.92 | | |
| Campbell, Gifty | $ | 697.51 | $ | 697.51 | | |
| Campbell, Sharon R | $ | 7,849.26 | $ | 7,849.26 | | |
| Cannon, Melissa | $ | 305.39 | $ | 305.39 | | |
| Caraballo, Maria A | $ | 85.85 | $ | 85.85 | | |
| Carpenter, Lara | $ | 58.13 | $ | 58.13 | | |
| Castillo, Gisela | $ | 63.94 | $ | 63.94 | | |
| Cazeau, Muriane | $ | 63.94 | $ | 63.94 | | |
| Chaplin, Joseph | $ | 1,544.37 | $ | 1,544.37 | | |
| Charles, Phania | $ | 4,260.20 | $ | 4,260.20 | | |
| Charway, Georgina A | $ | 26,753.21 | $ | 26,753.21 | | |
| Cherislin, Marie | $ | 299.57 | $ | 299.57 | | |
| Christie, Marjorie Ann Pareta | $ | 193.16 | $ | 193.16 | | |

# Exhibit A

| Name | Back Wages | Liquidated Damages | Punitive Damages |
|---|---|---|---|
| Clavier, Stella | $ 8,346.91 | $ 8,346.91 | |
| Cobbinah, James | $ 17,483.44 | $ 17,483.44 | |
| Coleman Johnson, Tajanay D | $ 193.16 | $ 193.16 | |
| Colwell, Dorothy O | $ 12,098.28 | $ 12,098.28 | |
| Daku-Bedzi, Clara E | $ 18,306.15 | $ 18,306.15 | |
| Daley, Feiona | $ 107.31 | $ 107.31 | |
| Daniels, Rebecca | $ 1,851.09 | $ 1,851.09 | |
| Daniels, Robert | $ 488.26 | $ 488.26 | $ 1,925.00 |
| Dankwah, Ebenezer | $ 754.30 | $ 754.30 | |
| Danquah, Richmond A | $ 27,116.73 | $ 27,116.73 | |
| Danquah, Thenie | $ 1,211.71 | $ 1,211.71 | |
| Darko, Ronald | $ 40.24 | $ 40.24 | |
| Davis, Jornee Corynn | $ 209.25 | $ 209.25 | |
| De Los Santos, Milagros | $ 116.25 | $ 116.25 | |
| Dean, Shawn D | $ 22,626.48 | $ 22,626.48 | |
| Debrah, Rosina A | $ 18,374.11 | $ 18,374.11 | |
| Decutt, Joyce | $ 560.69 | $ 560.69 | |
| Deen, Inez | $ 32,049.40 | $ 32,049.40 | |
| Degraffe, Princena | $ 375.58 | $ 375.58 | |
| Delva, Anne Marie I | $ 2,685.43 | $ 2,685.43 | |
| Deynoo, Emilia | $ 7,637.77 | $ 7,637.77 | |
| Diack, Yaye | $ 224.90 | $ 224.90 | |
| Diallo, Kadiatou | $ 17,702.53 | $ 17,702.53 | |
| Dickson, Renaldo Phillip | $ 441.76 | $ 441.76 | |
| Dixon, Isabella | $ 1,181.30 | $ 1,181.30 | |
| Dofe, Adzo Tsoene | $ 3,615.44 | $ 3,615.44 | |
| Donaldson, Musana D | $ 4,959.95 | $ 4,959.95 | $ 1,925.00 |
| Donkoh, Leticia | $ 8,968.86 | $ 8,968.86 | |
| Donzo, Markular | $ 911.69 | $ 911.69 | |
| Dorival, Joseph | $ 177.06 | $ 177.06 | |
| Dosoo, Margaret | $ 16,666.10 | $ 16,666.10 | |
| Douglas, Joyce | $ 69.75 | $ 69.75 | |
| Douilly-Guelce, Veronique | $ 1,377.14 | $ 1,377.14 | |
| Duah, Agnes | $ 10,565.54 | $ 10,565.54 | |
| Duff, Robin C | $ 1,130.78 | $ 1,130.78 | $ 1,925.00 |
| Dulus, Rochenie | $ 29,289.30 | $ 29,289.30 | |
| Durant, Luisa | $ 369.32 | $ 369.32 | |
| Dwyer, Toni-Ann E | $ 19,505.11 | $ 19,505.11 | |
| Early, Mariam | $ 373.80 | $ 373.80 | |
| Ebanks, Leepez M | $ 12,439.88 | $ 12,439.88 | |
| Eboji, Maria | $ 19,394.67 | $ 19,394.67 | |
| Edwards, Judea | $ 165.44 | $ 165.44 | |
| Egal, Iftin | $ 619.71 | $ 619.71 | |
| Elvey, Slonia M | $ 1,522.90 | $ 1,522.90 | |
| Erving, Susan Marie | $ 697.51 | $ 697.51 | |

# Exhibit A

| Name | Back Wages | Liquidated Damages | Punitive Damages |
|---|---|---|---|
| Eshun, Helena | $ 20,946.86 | $ 20,946.86 | $ 1,925.00 |
| Eshun, Mildred | $ 14,588.76 | $ 14,588.76 | |
| Evangelista, Louis | $ 3,739.74 | $ 3,739.74 | |
| Exil, Irma L | $ 225.35 | $ 225.35 | |
| Exorphe, Brunette | $ 1,823.37 | $ 1,823.37 | |
| Fadiga Diallo, Fatou | $ 4,103.70 | $ 4,103.70 | |
| Fameyeh, Univera | $ 4,383.60 | $ 4,383.60 | |
| Faried, Charlotte | $ 354.12 | $ 354.12 | |
| Faustin, Claire | $ 949.24 | $ 949.24 | |
| Ferkah, Grace | $ 324.61 | $ 324.61 | |
| Floyd, Joyce A | $ 37,577.19 | $ 37,577.19 | |
| Ford, Cecilia | $ 214.62 | $ 214.62 | |
| Ford, Hortence J | $ 26,097.28 | $ 26,097.28 | |
| Ford, Karen | $ 1,065.50 | $ 1,065.50 | |
| Foster, Jewel | $ 12,768.07 | $ 12,768.07 | |
| Fosu, Mathew | $ 6,033.49 | $ 6,033.49 | |
| Francis, Carol Ann | $ 23,384.14 | $ 23,384.14 | |
| Franklin, Stephanie | $ 3,626.18 | $ 3,626.18 | |
| Frederique, Marie J | $ 354.12 | $ 354.12 | |
| Frimpong, Adwoa Foriwah | $ 8,504.30 | $ 8,504.30 | |
| Frimpong, Emelia | $ 1,936.05 | $ 1,936.05 | |
| Frimpong, Harriet | $ 4,635.78 | $ 4,635.78 | |
| Garcia Fernandez, Ana C | $ 579.47 | $ 579.47 | |
| Garcia, Ana | $ 14,991.62 | $ 14,991.62 | |
| Gewu, Ernest | $ 193.16 | $ 193.16 | |
| Gil, Angela | $ 24,849.81 | $ 24,849.81 | |
| Glassman, Peace | $ 1,663.30 | $ 1,663.30 | |
| Gmalayeh, Elizabeth K | $ 225.35 | $ 225.35 | |
| Gonzalez, Ignacia | $ 10,120.65 | $ 10,120.65 | |
| Gordon Shaw, Audrey Hannah | $ 30,378.94 | $ 30,378.94 | |
| Gordon, Antoinette | $ 272.75 | $ 272.75 | |
| Graham, Maxine | $ 2,054.09 | $ 2,054.09 | |
| Grant Diaz, Angelique | $ 393.47 | $ 393.47 | |
| Grant, Jennifer Deloris | $ 14,454.62 | $ 14,454.62 | $ 1,925.00 |
| Gregory, Marva | $ 2,607.63 | $ 2,607.63 | |
| Guerrido, Christine Diamond | $ 2,419.83 | $ 2,419.83 | |
| Gulley, Hattie Lee | $ 999.77 | $ 999.77 | |
| Gyane, Rosina Oheman | $ 1,290.40 | $ 1,290.40 | |
| Gyapong, Angela | $ 13,463.80 | $ 13,463.80 | |
| Hammonds, Loretta Denise | $ 18,958.95 | $ 18,958.95 | |
| Harris, Shari | $ 10,089.80 | $ 10,089.80 | |
| Harris, Tyhanna Renee | $ 4,275.40 | $ 4,275.40 | |
| Haruna, Salamatu | $ 22,320.43 | $ 22,320.43 | |
| Hayford, Florence | $ 5,062.34 | $ 5,062.34 | |
| Helsop, Sylvia | $ 206.57 | $ 206.57 | |

# Exhibit A

| Name | Back Wages | Liquidated Damages | Punitive Damages |
|---|---|---|---|
| Hemmings, Kemisha Tanya | $ 740.44 | $ 740.44 | |
| Hernandez, Ana | $ 177.06 | $ 177.06 | |
| Herrero, Cristina | $ 118.04 | $ 118.04 | |
| Heslop, Sylvia | $ 21,267.00 | $ 21,267.00 | |
| Hicks, Keisha | $ 107.31 | $ 107.31 | |
| Howell, Treshana | $ 1,627.98 | $ 1,627.98 | |
| Hurd Smith, Nekieta Natalee | $ 3,034.18 | $ 3,034.18 | $ 1,925.00 |
| Ibeto Uchechukwu, Nonye | $ 1,427.22 | $ 1,427.22 | |
| Ibeto, Ndidi | $ 13,844.30 | $ 13,844.30 | |
| Ibeto, Uchechukwu N | $ 18,679.50 | $ 18,679.50 | |
| Ibrahim, Amina | $ 1,030.17 | $ 1,030.17 | |
| Ibrahim, Cettu Tawfik | $ 5,597.99 | $ 5,597.99 | |
| Iddrisu, Memunatu | $ 11,444.58 | $ 11,444.58 | |
| Iddrisu, Victoria Azumah | $ 332.66 | $ 332.66 | |
| Jackson, Larita | $ 2,365.29 | $ 2,365.29 | |
| Jackson, Nickelle | $ 5,346.71 | $ 5,346.71 | |
| Jean Bernardin, Micarlie | $ 1,201.42 | $ 1,201.42 | |
| Jean Pierre Neptune, Ketia | $ 268.27 | $ 268.27 | |
| Jean, Carole | $ 546.39 | $ 546.39 | |
| Jean, Marie Stephania | $ 160.96 | $ 160.96 | |
| Jeune, Judemyr | $ 7,960.59 | $ 7,960.59 | |
| John Kyei, Baffour | $ 560.69 | $ 560.69 | |
| Johnson, Grace | $ 14,218.09 | $ 14,218.09 | |
| Johnson, Wilda | $ 1,064.16 | $ 1,064.16 | |
| Jones, Aminatu Kabba | $ 93.00 | $ 93.00 | |
| Jones, Tyesha | $ 7,363.24 | $ 7,363.24 | |
| Josephs, Sonia | $ 209.25 | $ 209.25 | |
| Joshie, Diana | $ 8,570.25 | $ 8,570.25 | |
| Jospitre, Dashka | $ 765.03 | $ 765.03 | |
| Judemyr, Jeune | $ 1,378.93 | $ 1,378.93 | |
| Jules, Michelle | $ 23,207.07 | $ 23,207.07 | |
| Julius, Carla | $ 2,208.79 | $ 2,208.79 | $ 1,925.00 |
| Kareem, Taibat Lola | $ 694.38 | $ 694.38 | $ 1,925.00 |
| Kelly-James, Mavis | $ 3,247.46 | $ 3,247.46 | |
| Kennedy, Kate Agyeiwaa | $ 3,382.94 | $ 3,382.94 | |
| Kerr Dubois, Judine G | $ 10,437.66 | $ 10,437.66 | $ 1,925.00 |
| King, Jennifer | $ 933.59 | $ 933.59 | |
| Kingsford, Afriyie | $ 4,485.55 | $ 4,485.55 | |
| Koffie, Eunice Edem | $ 7,223.73 | $ 7,223.73 | |
| Kofie, Phyllis | $ 388.55 | $ 388.55 | |
| Konu, Naa B | $ 8,457.35 | $ 8,457.35 | |
| Kromah, Fanta M | $ 978.31 | $ 978.31 | |
| Kromah, George | $ 21,221.84 | $ 21,221.84 | |
| Kumah, Benedicta | $ 1,674.03 | $ 1,674.03 | |
| Kwabi, Alice Rose | $ 9,262.17 | $ 9,262.17 | |

# Exhibit A

| Name | Back Wages | Liquidated Damages | Punitive Damages |
|---|---|---|---|
| Kwabua, Akosua | $ 27,457.88 | $ 27,457.88 | |
| Kwakye, Ernest | $ 9,069.91 | $ 9,069.91 | |
| Kwakye, Lucy | $ 2,395.24 | $ 2,395.24 | |
| Kwartemaa, Ama | $ 8,549.46 | $ 8,549.46 | |
| Kwarteng, Joyce | $ 1,234.06 | $ 1,234.06 | |
| Kwatsenu, Patience T | $ 7,192.44 | $ 7,192.44 | |
| Kwofie, Agnes | $ 2,832.98 | $ 2,832.98 | |
| Kyei, Baffour John | $ 9,043.53 | $ 9,043.53 | |
| Kyei, Kofi | $ 58.13 | $ 58.13 | |
| Kyei, Kwaku | $ 1,947.67 | $ 1,947.67 | |
| Kyekyeku, Janet | $ 2,220.42 | $ 2,220.42 | |
| Kyeremateng, Philipa | $ 21,040.76 | $ 21,040.76 | |
| Laguda, Joyce | $ 1,135.69 | $ 1,135.69 | |
| Laminu, Latifa | $ 3,490.25 | $ 3,490.25 | |
| Larita, Jackson | $ 58.13 | $ 58.13 | |
| Larry, Aisha S | $ 20,263.21 | $ 20,263.21 | |
| Laryea-Walker, Mona | $ 181.98 | $ 181.98 | |
| Lawal-Young, Idiatu Aduni | $ 1,727.69 | $ 1,727.69 | |
| Levine, Audrey | $ 36,031.48 | $ 36,031.48 | |
| Liu, Anne | $ 4,404.17 | $ 4,404.17 | |
| Lofton, Charisse N | $ 193.16 | $ 193.16 | |
| Lopez Naranjo, Alicia | $ 63.94 | $ 63.94 | |
| Lowe, Esmerilda A | $ 1,405.76 | $ 1,405.76 | |
| Lynch, Tasya | $ 531.18 | $ 531.18 | |
| Madlala, Nonhlanhla | $ 21,085.92 | $ 21,085.92 | $ 1,925.00 |
| Maldon, Shaniqua | $ 614.80 | $ 614.80 | |
| Marfoa, Nana Adjoa | $ 619.71 | $ 619.71 | |
| Marine, Krystal | $ 7,302.88 | $ 7,302.88 | $ 1,925.00 |
| Maxwell, Una May | $ 85.85 | $ 85.85 | |
| Mcfarlane, Maureen | $ 18,641.94 | $ 18,641.94 | |
| Mclennon, Rashida | $ 85.85 | $ 85.85 | |
| Mcrae, Janet | $ 118.04 | $ 118.04 | |
| Mensah, Adrina | $ 7,022.53 | $ 7,022.53 | |
| Mensah, Joyce Ackon | $ 11,125.34 | $ 11,125.34 | |
| Mensah, Juliana | $ 1,918.16 | $ 1,918.16 | |
| Mensah, Sarah | $ 118.04 | $ 118.04 | |
| Mensah, Theophilus | $ 1,577.45 | $ 1,577.45 | |
| Mensah, Victoria | $ 13,803.61 | $ 13,803.61 | |
| Mercy, Penina | $ 241.45 | $ 241.45 | |
| Mhlongo, Buhle | $ 5,301.10 | $ 5,301.10 | $ 1,925.00 |
| Michel, Edwige | $ 488.26 | $ 488.26 | |
| Mims, Kim | $ 567.85 | $ 567.85 | |
| Minatu, Nelson | $ 1,421.41 | $ 1,421.41 | |
| Mireku, Cynthia | $ 14,444.34 | $ 14,444.34 | |
| Mitchell, Sade | $ 482.89 | $ 482.89 | |

# Exhibit A

| Name | Back Wages | Liquidated Damages | Punitive Damages |
|---|---|---|---|
| Mohammed, Muntari | $ 3,500.53 | $ 3,500.53 | |
| Momplaisir, Junia | $ 181.98 | $ 181.98 | |
| Monique, Smith | $ 160.96 | $ 160.96 | |
| Monroe, Yvonne | $ 9,259.94 | $ 9,259.94 | |
| Mora Baez, Juana | $ 198.52 | $ 198.52 | |
| Morgan, Lashana | $ 165.44 | $ 165.44 | |
| Morgan-Mckenzie, Yvonne | $ 450.70 | $ 450.70 | |
| Morgan-Simmons, Yvonne | $ 25,070.24 | $ 25,070.24 | |
| Morose, Pierre | $ 1,268.94 | $ 1,268.94 | |
| Morose, Wilna | $ 4,651.43 | $ 4,651.43 | |
| Moses, Philomena | $ 18,741.65 | $ 18,741.65 | |
| Moyo, Esther | $ 17,625.85 | $ 17,625.85 | |
| Murphy, Whitney | $ 760.11 | $ 760.11 | |
| Nartey, Sarah Abena | $ 14,623.64 | $ 14,623.64 | |
| Ndiaye, Fatou | $ 476.63 | $ 476.63 | |
| Neita, Sheree | $ 1,292.19 | $ 1,292.19 | |
| Nelson, Grace | $ 4,618.34 | $ 4,618.34 | |
| Nelson, Justina A | $ 1,429.90 | $ 1,429.90 | |
| Nelson, Minatu | $ 5,370.85 | $ 5,370.85 | |
| Newland, Ann Marie | $ 8,592.83 | $ 8,592.83 | |
| Nfojwo, Ellen | $ 5,413.78 | $ 5,413.78 | |
| Nimo, Leticia | $ 11,824.64 | $ 11,824.64 | |
| Nkrumah, Kwaku | $ 4,160.04 | $ 4,160.04 | |
| Nkrumah, Portia | $ 244.13 | $ 244.13 | |
| Norwood, Sharee Marie | $ 139.50 | $ 139.50 | |
| Nsowah, Salomey Afua | $ 193.16 | $ 193.16 | |
| Nti, Daniel Kwabena | $ 2,114.00 | $ 2,114.00 | |
| Nti, Obed E | $ 7,626.15 | $ 7,626.15 | |
| Ntiamoah, Eunice | $ 7,711.99 | $ 7,711.99 | |
| Ntiamoah, Richard | $ 334.45 | $ 334.45 | |
| Nugra, Laura | $ 118.04 | $ 118.04 | |
| Nutakor, Vicentia | $ 6,405.50 | $ 6,405.50 | |
| Nyamekyere, Akua | $ 772.63 | $ 772.63 | |
| Nyarko, Debora | $ 2,883.95 | $ 2,883.95 | |
| Nyarko, Monica Osei | $ 1,116.02 | $ 1,116.02 | |
| Obas, Cassandra | $ 24,882.45 | $ 24,882.45 | |
| Obas, Marie Rosette | $ 6,839.21 | $ 6,839.21 | |
| Obeney, George Tawiah | $ 1,992.38 | $ 1,992.38 | |
| Odame, Hannah | $ 2,419.83 | $ 2,419.83 | |
| Oduro, Faustina | $ 368.88 | $ 368.88 | |
| Ofori Koranteng, Kwasi Owusu | $ 1,437.06 | $ 1,437.06 | |
| Ofori, Doris | $ 14,947.35 | $ 14,947.35 | |
| Ofori-Amanfo, Janice | $ 225.35 | $ 225.35 | |
| Oguntunde, Odura | $ 7,620.78 | $ 7,620.78 | $ 1,925.00 |
| Ohemeng, Margaret | $ 4,359.46 | $ 4,359.46 | |

# Exhibit A

| Name | Back Wages | | Liquidated Damages | | Punitive Damages | |
|---|---|---|---|---|---|---|
| Oki, Kitso | $ | 15,353.34 | $ | 15,353.34 | | |
| Oluyemi, Deborah O | $ | 16,950.02 | $ | 16,950.02 | | |
| Opoku Agyemang, Lydia | $ | 8,524.87 | $ | 8,524.87 | | |
| Opoku, Harriet | $ | 324.61 | $ | 324.61 | | |
| Oppong, Stella | $ | 187.79 | $ | 187.79 | | |
| Oppong, Victoria | $ | 13,335.02 | $ | 13,335.02 | | |
| Opukua, Christina | $ | 26,367.79 | $ | 26,367.79 | | |
| Opuni, Vera | $ | 8,152.41 | $ | 8,152.41 | | |
| Osabutey, Comfort Y | $ | 579.47 | $ | 579.47 | | |
| Osei Bonsu, Beatrice | $ | 9,510.55 | $ | 9,510.55 | | |
| Osei, Edna | $ | 193.16 | $ | 193.16 | | |
| Osei, Mary | $ | 26,941.01 | $ | 26,941.01 | | |
| Osei, Nana | $ | 192.28 | $ | 192.28 | $ | 1,925.00 |
| Osei, Susanna | $ | 21,439.59 | $ | 21,439.59 | | |
| Osei, Vida | $ | 16,672.36 | $ | 16,672.36 | $ | 1,925.00 |
| Osei-Bonsu, Rebecca D | $ | 23,672.08 | $ | 23,672.08 | | |
| Osekre Aryeetey, Ayishetu K | $ | 9,285.87 | $ | 9,285.87 | | |
| Oti Frimpong, Freda | $ | 8,014.47 | $ | 8,014.47 | | |
| Otoo, Mabel Twuba | $ | 11,581.40 | $ | 11,581.40 | | |
| Otoo, Samuel | $ | 118.04 | $ | 118.04 | | |
| Owasua, Susana | $ | 63.94 | $ | 63.94 | | |
| Owusu, Eric | $ | 8,753.79 | $ | 8,753.79 | | |
| Owusu, Gloria | $ | 9,022.07 | $ | 9,022.07 | | |
| Owusu, Lourdes | $ | 3,471.47 | $ | 3,471.47 | | |
| Owusu, Mirabel | $ | 16,793.98 | $ | 16,793.98 | | |
| Owusu, Nana | $ | 1,301.13 | $ | 1,301.13 | | |
| Owusu, Peter | $ | 6,272.25 | $ | 6,272.25 | | |
| Owusu, Susana | $ | 21,766.89 | $ | 21,766.89 | | |
| Owusu-Ansah, Mary | $ | 1,067.28 | $ | 1,067.28 | | |
| Paul, Rita John | $ | 2,115.79 | $ | 2,115.79 | | |
| Paul, Rofina | $ | 91.21 | $ | 91.21 | | |
| Paul, Shirly | $ | 5,322.56 | $ | 5,322.56 | | |
| Paul, Shirly R | $ | 997.98 | $ | 997.98 | | |
| Peprah, Cynthia | $ | 206.57 | $ | 206.57 | | |
| Peterkin, Valrey | $ | 25,665.81 | $ | 25,665.81 | $ | 1,925.00 |
| Pierre Louis, Joel | $ | 63.94 | $ | 63.94 | | |
| Pierre, Deborah | $ | 277.22 | $ | 277.22 | | |
| Pinaman-Osei, Abena | $ | 12,785.06 | $ | 12,785.06 | | |
| Pisacano, Phyllis | $ | 8,189.52 | $ | 8,189.52 | | |
| Plummer Maynard, Camelia | $ | 1,073.10 | $ | 1,073.10 | | |
| Poghosyan, Hasmik | $ | 676.05 | $ | 676.05 | | |
| Poku, Collins Boakye | $ | 8,227.75 | $ | 8,227.75 | | |
| Pomaa, Akosua | $ | 2,006.69 | $ | 2,006.69 | | |
| Powel Roberts, Althea | $ | 10,353.16 | $ | 10,353.16 | $ | 1,925.00 |
| Prempeh, Joyce | $ | 3,369.08 | $ | 3,369.08 | | |

# Exhibit A

| Name | Back Wages | Liquidated Damages | Punitive Damages |
|---|---|---|---|
| Pridgen, Winnifred | $ 34,284.12 | $ 34,284.12 | |
| Quansah, Christiana K | $ 8,253.91 | $ 8,253.91 | |
| Quawson, Faustina Y | $ 406.88 | $ 406.88 | |
| Ramdon, Doris M | $ 22,153.20 | $ 22,153.20 | |
| Ramirez, Jaslyn | $ 134.14 | $ 134.14 | |
| Reinhold, Kate | $ 3,417.82 | $ 3,417.82 | |
| Rembert, Marcella | $ 85.85 | $ 85.85 | |
| Richards, Latoya | $ 3,192.47 | $ 3,192.47 | |
| Richardson, Loretta | $ 2,469.02 | $ 2,469.02 | |
| Riley, Laura | $ 2,099.69 | $ 2,099.69 | |
| Rodney Degale, Brieann | $ 1,160.73 | $ 1,160.73 | |
| Romain Princivil, Fritznel | $ 6,545.45 | $ 6,545.45 | |
| Ronan, John Thomas | $ 11,985.60 | $ 11,985.60 | |
| Roopnarine, Sarjudai | $ 13,362.30 | $ 13,362.30 | |
| Rosina, Debrah | $ 643.86 | $ 643.86 | |
| Ruffin, Akeema | $ 2,280.78 | $ 2,280.78 | |
| Sackey, Emmanuel A | $ 716.29 | $ 716.29 | |
| Safat, Sadia | $ 732.39 | $ 732.39 | |
| Saint Hilaire, Mireille | $ 147.55 | $ 147.55 | |
| Sam-Junior, Anietie | $ 383.63 | $ 383.63 | |
| Sanders, Delisha S | $ 214.62 | $ 214.62 | $ 1,925.00 |
| Sannon, Yvonne | $ 1,155.82 | $ 1,155.82 | |
| Sarpong, Afua | $ 206.57 | $ 206.57 | |
| Scott, Bernice Berdu Opare | $ 337.13 | $ 337.13 | |
| Sechere, Philip | $ 63.94 | $ 63.94 | |
| Sells, Kadasia | $ 134.14 | $ 134.14 | |
| Sells, Karen | $ 997.09 | $ 997.09 | |
| Sencherey, Bertha | $ 447.57 | $ 447.57 | |
| Septama, Johoane | $ 134.14 | $ 134.14 | |
| Serwaa, Selina | $ 14,585.18 | $ 14,585.18 | |
| Severino, Keila | $ 375.58 | $ 375.58 | |
| Siaka, Nafesatu | $ 1,069.52 | $ 1,069.52 | |
| Simpson, Millicent | $ 7,747.32 | $ 7,747.32 | |
| Singleton, Shameeka | $ 413.14 | $ 413.14 | |
| Smalls, Tasha | $ 965.34 | $ 965.34 | |
| Smiley, Renee | $ 58.13 | $ 58.13 | |
| Smith, Monique | $ 493.62 | $ 493.62 | |
| Smith, Sharese | $ 724.34 | $ 724.34 | |
| Sorogho, Adizatu | $ 796.77 | $ 796.77 | |
| Soumah, Anna | $ 5,314.52 | $ 5,314.52 | |
| St Vil Noel, Marie | $ 27,912.16 | $ 27,912.16 | |
| Stephens, Hattie | $ 3,173.69 | $ 3,173.69 | |
| Stewart, Sheryl Blasseta | $ 5,707.09 | $ 5,707.09 | |
| Stinvil, Eddie | $ 270.51 | $ 270.51 | |
| Sulney, Cinthia | $ 58.13 | $ 58.13 | |

# Exhibit A

| Name | Back Wages | Liquidated Damages | Punitive Damages |
|---|---|---|---|
| Suriel-Mosquera, Stephanny | $ 321.93 | $ 321.93 | |
| Tackie, Theresa | $ 3,254.17 | $ 3,254.17 | |
| Takyi, Emmanuelle | $ 1,856.46 | $ 1,856.46 | |
| Takyi, Vivian Arthur | $ 6,848.15 | $ 6,848.15 | |
| Tall, Doris Ejemeke | $ 9,201.81 | $ 9,201.81 | |
| Tawfik Ibrahim, Cettu | $ 761.90 | $ 761.90 | |
| Tetteh, Rosina | $ 5,751.80 | $ 5,751.80 | |
| Theagene, Wilda Celiamise | $ 1,395.03 | $ 1,395.03 | |
| Thomas, Lorna C | $ 946.11 | $ 946.11 | |
| Tiwaa, Mercy Bonsu | $ 5,215.25 | $ 5,215.25 | |
| Tomlinson, Sheena | $ 160.96 | $ 160.96 | |
| Toney, Shalonda | $ 578.13 | $ 578.13 | |
| Toyo, Myrline | $ 590.20 | $ 590.20 | |
| Tullon, Lisa C | $ 50.97 | $ 50.97 | |
| Turner, Eucharia | $ 488.26 | $ 488.26 | |
| Tutu, Bridgette A | $ 25,790.56 | $ 25,790.56 | |
| Twumasi, Agatha | $ 236.08 | $ 236.08 | |
| Uchechukwu, Nonye Ibeto | $ 1,003.35 | $ 1,003.35 | |
| Valcourt, Catrine | $ 2,445.77 | $ 2,445.77 | |
| Valme, Akisse | $ 177.06 | $ 177.06 | |
| Verne Louis, Chantalle | $ 63.94 | $ 63.94 | |
| Vital, Wolf A Jerry | $ 2,511.05 | $ 2,511.05 | |
| Volcy, Isaac | $ 751.17 | $ 751.17 | |
| Vorduagu, Vida A | $ 21,114.98 | $ 21,114.98 | |
| Weir Pace, Valrie | $ 1,361.94 | $ 1,361.94 | |
| White, Latosha | $ 3,767.02 | $ 3,767.02 | |
| White, Veronica | $ 241.00 | $ 241.00 | |
| Williams, Kiyonna | $ 177.06 | $ 177.06 | |
| Williams, Roberta | $ 10,464.27 | $ 10,464.27 | |
| Williams, Rosemarie | $ 31,730.60 | $ 31,730.60 | |
| Wilson, Adwoa | $ 804.82 | $ 804.82 | |
| Wilson, Twana | $ 17,572.42 | $ 17,572.42 | |
| Wojtanowski, Susan | $ 1,134.80 | $ 1,134.80 | $ 1,925.00 |
| Woods, Tanisha | $ 348.76 | $ 348.76 | |
| Wright, Tysharra | $ 9,880.55 | $ 9,880.55 | $ 1,925.00 |
| Yanney, Rosalind | $ 6,727.43 | $ 6,727.43 | |
| Yeboah Laryea, Cynthia | $ 7,672.65 | $ 7,672.65 | |
| Yeboah, Agnes | $ 2,469.91 | $ 2,469.91 | |
| Yeboah, Frank | $ 24,333.38 | $ 24,333.38 | |
| Yeboah, Godfred | $ 25,417.21 | $ 25,417.21 | |
| Yeboah, Joyce Afua | $ 222.67 | $ 222.67 | |
| Zangh, J-Flynn | $ 5,790.26 | $ 5,790.26 | |
| Zerba, Fuseina A | $ 1,770.61 | $ 1,770.61 | |
| **Grand Total** | **$ 3,176,900.00** | **$ 3,176,900.00** | **$ 46,200.00** |

**EXHIBIT B**

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

---

KEITH E. SONDERLING, Acting Secretary of Labor, United States Department of Labor, :

:

Plaintiff,

v. : Civil Action No. 20-cv-03273 (NJC) (ST)

SARENE SERVICES, INC. d/b/a SERENE HOME NURSING AGENCY, and IRENE MANOLIAS, Individually, :

:

Defendants.

--- :

**AFFIDAVIT FOR CONFESSION OF JUDGMENT**

STATE OF NEW YORK )
):SS:
COUNTY OF SUFFOLK )

IRENE MANOLIAS, being duly sworn, hereby deposes and says as follows:

1. I am a defendant in this action and the owner and President and C.E.O. of Defendant Sarene Services, Inc. d/b/a Serene Home Nursing Agency.

2. I am a resident of Suffolk County in the State of New York.

3. Defendants hereby confess and agree to judgment in this court in favor of the plaintiff, the Secretary of Labor, United States Department of Labor, in the sum of $10,633,075.10 in unpaid overtime back wages, liquidated damages, and punitive damages, plus post-judgment interest, for Defendants' violations of the Fair Labor Standards Act of 1938, 29 U.S.C. § 201 et seq., as alleged in the Amended Complaint, for the period up to and including December 31, 2020.

4. This affidavit is made knowingly and voluntarily.

SARENE SERVICES, INC.

BY: IRENE MANOLIAS, President and C.E.O.

IRENE MANOLIAS, Individually

STATE OF NEW YORK )
:SS:
COUNTY OF SUFFOLK )

On the 16th day of July, 2026 before me came IRENE MANOLIAS, known and to me known, who, being by me duly sworn, did depose and say that she is a duly authorized representative of SARENE SERVICES, INC., described in and which executed the foregoing instrument, that she signed her name thereto by like order.

Theresa Avitabile

NOTARY PUBLIC

Theresa M. Avitabile
Notary Public, State of New York
Reg No. 01AV6016914
Qualified in Suffolk County
Commission Expires 1/16/2027

## EXHIBIT C - ENGLISH

**Notice to Employees**

Your employer has settled a lawsuit with the U.S. Department of Labor and entered into a settlement agreement, which has been approved by a judge. The agreement requires your employer to pay money to those of you who worked for Sarene Services, Inc., d/b/a Serene Home Nursing Agency and Irene Manolias from March 19, 2017 to December 31, 2020 as live-in home health aides. The money will be distributed directly by the U.S. Department of Labor. Please call the U.S. Department of Labor at (516) 876-1890 to update your contact information.

If you receive money from the settlement, you are entitled to keep this money. It is against the law for Irene Manolias, or any person acting on behalf of Sarene Services, Inc., to ask for this money back or to take it out of your pay.

It is also against the law for your employer to fire, threaten to fire, call law enforcement, reduce your hours, or discriminate against you in any other way for accepting settlement money, providing information to the U.S. Department of Labor, and/or complaining about not receiving minimum wage or overtime for the hours that you worked. Your employer must pay employees for all hours worked, including overtime for all hours worked over 40 in a workweek at a rate of 1.5 times the employee's regular rate of pay.

If you have not been paid for all of your hours worked, or if you have been asked to return your settlement money, or if you have been retaliated against, please call the U.S. Department of Labor at (516) 876-1890. Your name will be kept confidential to the extent permitted by law.

**EXHIBIT C – ESPAÑOL**

**Aviso a los Empleados**

Su empleador resolvió una demanda con el Departamento de Trabajo de los Estados Unidos y firmó un acuerdo de liquidación que ha sido aprobado por un juez. El acuerdo requiere que su empleador pague dinero a algunos de ustedes que trabajaron para Sarene Services, Inc., d/b/a Serene Home Nursing Agency y Irene Manolias desde el 19 de marzo de 2017 hasta el 31 de diciembre de 2020 como trabajadores del cuidado en el hogar. El dinero será distribuido directamente por el Departamento de Trabajo de los Estados Unidos. Por favor contacte al Departamento de Trabajo de los Estados Unidos al (516) 876-1890 para confirmar sus datos de contacto.

Si usted es uno de los beneficiados, el dinero que reciba es únicamente suyo. Es contra la ley que Irene Manolias o cualquier persona que actúe en nombre de Sarene Services, Inc. soliciten la devolución del dinero o que se lo reduzcan de su pago.

También es contra la ley que su empleador lo despida, amenace con despedirlo, llamen a las autoridades policiales, reduzca sus horas de trabajo o que te discrimine de cualquier otra manera por aceptar el dinero del acuerdo, por proporcionar información al Departamento de Trabajo de los Estados Unidos, y/o por quejarse por no recibir el salario mínimo o el pago correspondiente de sobretiempo por sus horas trabajadas. Su empleador debe pagar a sus empleados por todas las horas trabajadas, incluyendo pago adicional equivalente a tiempo y medio por horas extras trabajadas sobre 40 en una semana laboral.

Si no se le ha pagado por todas sus horas trabajadas, o si se le ha pedido que devuelva el dinero de su liquidación, o si se le ha tomado algún tipo de represalia, por favor comuníquese de inmediato con el Departamento de Trabajo de los Estados Unidos llamando al (516) 876-1890. Su identidad se mantendrá confidencial en la medida permitida por la ley.